**From:** Alejandro Torres Garza
**To:** "Humberto Valdes"; "Mary Rojas"; "Beatriz Cardenas Martinez"
**Subject:** RE: Estado de cuenta
**Date:** Wednesday, December 30, 2015 11:55:08 AM
**Attachments:** image001.png

Mary buen día
Favor de mandarnos factura por 800mil pesos. Facturar a Creator.
Gracias
Saludos

De: Humberto Valdes [mailto:humbertovd@rajet.net]
Enviado el: miércoles, 30 de diciembre de 2015 10:35 a m.
Para: 'Alejandro Torres Garza'; 'Mary Roja'; 'Beatriz Cardenas Martinez'
Asunto: RE: Estado de cuenta

Buen día Alejandro, es importante que le cheques a la brevedad, ya que como te comentaba en correos anteriores, nos estamos quedando sin recursos para la operación y para cumplir los compromisos que acordaron el Cap. Rayel y el Ing. Castillo.
Sin más por el momento, quedo a tus ordenes.
Atte.
Humberto

De: Alejandro Torres Garza [mailto:alejandro.torres@lucamax.com.mx]
Enviado el: miércoles, 30 de diciembre de 2015 09:56 a m.
Para: 'Mary Roja'; 'Beatriz Cardenas Martinez'
CC: humbertovd@rajet.net
Asunto: RE: Estado de cuenta

Buen día
Lo reviso y te aviso al rato.
Saludos

De: Mary Roja [mailto:mary.rojas@rajet.net]
Enviado el: martes, 29 de diciembre de 2015 12:49 p.m.
Para: 'Alejandro Torres Garza' <alejandro.torres@lucamax.com.mx>; 'Beatriz Cardenas Martinez' <beatriz.cardenas@lucamax.com.mx>
CC: humbertovd@rajet.net; alejandro.torres@medicline.com.mx
Asunto: RE: Estado de cuenta

Beatriz
Buenas tardes
Le comento el Ing. Castillo a mi jefe Cap. Rayel, que nos pusiéramos de acuerdo contigo para ver lo del pago que tenemos pendiente, me podrás dar razón por favor, ya que como verás el saldo que tenemos es muy considerable.
ESTADO CUENTA
ING. LUISCARLOS CASTILLO (OPERADORA MISTIJ, S.A. DE C.V.)

| FECHA | AVION | RUTA | TIEMPO | X HORA HELI. | IMPORTE VUELO | PERNOCTA 1a 2a | PERNOCTA 3a y 4a | SERVICIO FBO | TUAS | EXT HORARIO | GASTOS MIGRATORION | TOTAL VUELO | IVA 16% | IMPORTE TOTAL | SALDO HELI. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-21 Mzo 15 | XBFVL | SLW MAM TLC CVM MAM CVM MAM SLW | 8 30 | 2,500.00 | 18,250.00 | 2,300.00 | | 700.00 | | | | 19,350.00 | 3,096.00 | 22,446.00 | 22,446.00 |
| 25 Mzo 15 | XBFVL | ADN MAM ADN SLW | 2.75 | 1,200.00 | 3,300.00 | | | | | | | 3,300.00 | 528.00 | 3,828.00 | 26,274.00 |
| 25 Mzo 15 | | PAGO DE FACTURA 2521 $478,572.00 TIPO CAMBIO 14.9524 | | | | | | | | | | | | 30,000.00 | -3,726.00 |
| 26-28 Mzo 15 | N77PY | SLW MAM TLC CVM MAM SLW | 5.25 | 2,500.00 | 13,125.00 | 1,600.00 | | 900.00 | | 1,050.00 | | 16,675.00 | 2,668.00 | 19,343.00 | -15,617.00 |
| 31 Mzo-01 Abr | XBFVL | SLW ADN MAM ADN SLW | 3.25 | 1,200.00 | 3,900.00 | 800.00 | | | | | | 4,700.00 | 752.00 | 5,452.00 | -21,069.00 |
| 4-5 Abr 15 | XBFVL | SLW ADN MAM ADN SLW | 3.25 | 1,200.00 | 3,900.00 | 800.00 | | | | | | 4,700.00 | 752.00 | 5,452.00 | -26,521.00 |
| 9 Abr 15 | | PAGO DE FACTURA 2553 $373,480.100 TIPO CAMBIO 14.9077 | | | | | | | | | | | | 25,000.00 | -1,521.00 |
| 9-11 Abr 15 | XBFVL | SLW MAM CVM MAM ADN MAM CVM MAM ADN SLW | 9.25 | 1,200.00 | 11,100.00 | 2,400.00 | | | | | | 13,500.00 | 2,160.00 | 15,660.00 | -17,181.00 |
| 13-14 Abr 15 | XBFVL | SLW MAM NLD CVM NLD MAM SLW | 7.00 | 1,200.00 | 8,400.00 | 800.00 | | | | | | 9,200.00 | 1,472.00 | 10,672.00 | -27,853.00 |
| 16-18 Abr 15 | XBFVL | SLW MAM CVM MAM ADN MAM ADN SLW | 6.75 | 1,200.00 | 8,100.00 | 1,600.00 | | | | | | 9,700.00 | 1,552.00 | 11,252.00 | -39,105.00 |
| 20 Abr 15 | | PAGO DE FACTURA 2866 $306,256.00 TIPO CAMBIO 15.3128 | | | | | | | | | | | | 20,000.00 | -19,105.00 |
| 22-24 Abr 15 | XBFVL | SLW MAM TLC MFE SLW | 7.00 | 1,200.00 | 8,100.00 | 1,600.00 | | 800.00 | | 350.00 | 950.00 | 12,100.00 | 1,936.00 | 14,036.00 | -33,141.00 |
| 30 Abr 15 | | PAGO DE FACTURA 2603 $304,086T TIPO CAMBIO 15.2043 | | | | | | | | | | | | 20,000.00 | -13,141.00 |
| 3-may-15 | XBFVL | SLW MAM SLW | 2.25 | 1,200.00 | 2,700.00 | | | | | 350.00 | | 3,050.00 | 488.00 | 3,538.00 | -16,679.00 |
| 15-May-15 | | PAGO DE FACTURA 3334 $151,235.00 TIPO CAMBIO 15.12.35 | | | | | | | | | | | | 10,000.00 | -6,679.00 |
| 15-18 May 15 | XA UPX | SLW TLC MAM CVM MAM TLC SLW | 8.00 | 1,900.00 | 15,200.00 | 1,500.00 | 1,900.00 | 1,600.00 | 210.00 | 350.00 | | 20,860.00 | 3,337.60 | 24,197.60 | -30,876.60 |
| 22-24 May 15 | XAUPX | SLW SLP MAM ADN MAM TXN CVM SLW | 8.50 | 1,900.00 | 16,150.00 | 1,600.00 | | | | | | 17,750.00 | 2,840.00 | 20,590.00 | -51,466.60 |
| 23-may-15 | XAMCA | SLW ADN TLC SLW | 3.00 | 2,500.00 | 7,500.00 | | | 700.00 | | | | 8,200.00 | 1,312.00 | 9,512.00 | -60,978.60 |
| 26-May 15 | | PAGO DE FACTURA 3360 $457,905.00 TIPO CAMBIO 15.2635 | | | | | | | | | | | | 30,000.00 | -30,978.60 |
| 26-may-15 | NAMCA | TLC MAM TLC | 2.50 | 2,500.00 | 6,250.00 | | | 700.00 | | | | 6,950.00 | 1,112.00 | 8,062.00 | -39,040.60 |
| 27-may-15 | XALRD | SLW CVM ADN MAM SLW | 3.00 | 2,500.00 | 7,500.00 | | | | 152.00 | | | 7,652.00 | 1,224.32 | 8,876.32 | -47,916.92 |
| 22-23 May | N913WC | SLW ZCL MFE ZCL SLW | 3.50 | 3,000.00 | 10,500.00 | 1,000.00 | | 350.00 | | | 400.00 | 12,250.00 | 1,976.00 | 14,226.00 | -62,142.92 |
| 5 Jun 15 | | PAGO DE FACTURA 3378 $200,890.00 TIPO CAMBIO 15.5347 | | | | | | | | | | | | 12,874.41 | -49,268.51 |
| 29 MAY -01 JUN | XALRD | SLW MAM TAM CVM MAM CVM MAM NLD TLC SLW | 8.25 | 2,500.00 | 20,625.00 | 1,600.00 | 2,500.00 | 800.00 | 910.00 | 1050 | | 27,485.00 | 4,397.60 | 31,882.60 | -81,251.11 |
| 6-7 Jun 15 | XATYW | SLW TLC MAM TLC SLW | 4.75 | 2,500.00 | 11,875.00 | 800.00 | | 700.00 | | | | 13,375.00 | 2,140.00 | 15,515.00 | -96,766.11 |
| 12-11 Jun 15 | XALRD | SLW MAM CVM MAM ADN | 3.50 | 2,500.00 | 8,750.00 | 1,600.00 | | | 315.00 | 700.00 | | 11,365.00 | 1,818.40 | 13,183.40 | -109,949.51 |
| 3-4 Ju 15 | N925WC | SLW MAM CVM MAM SLW | 3.50 | 3,000.00 | 10,500.00 | 800.00 | | | | | | 11,300.00 | 1,808.00 | 13,108.00 | -123,057.51 |
| 16-Jul 15 | | PAGO DE FACTURA 3453 $408,000.00 TIPO CAMBIO 15.7470 | | | | | | | | | | | | 25,401.66 | -97,655.85 |
| 29-jul-15 | N925WC | SLW MAM PVR SLW | 4.00 | 3,000.00 | 12,000.00 | | | 500.00 | | | | 12,500.00 | 2,000.00 | 14,500.00 | -112,155.85 |
| 2 Ago15 | N925WC | SLW PVR MAM SLW | 4.00 | 3,000.00 | 12,000.00 | | | 500.00 | | | | 12,500.00 | 2,000.00 | 14,500.00 | -126,655.85 |
| 4 AGO 15 | | PAGO DE FACTURA 3483 $408,000.00 TIPO CAMBIO 16.1129 | | | | | | | | | | | | 24,874.83 | -101,831.02 |
| 11 Ago 15 | XATYW | SLW TLC CVM TLC SLW | 4.50 | 2,500.00 | 11,250.00 | | | 1,100.00 | | | | 13,650.00 | 2,024.00 | 14,674.00 | -116,505.02 |
| 18 Ago 15 | XALRD | SLW TLC CVM TLC SLW | 4.50 | 2,500.00 | 11,250.00 | | | 1,400.00 | | | | 12,650.00 | 2,024.00 | 14,674.00 | -131,179.02 |
| 23-24 Ago | NAMCA | SLW TLC CVM TLC SLW | 4.50 | 2,500.00 | 11,250.00 | 800.00 | | 1,400.00 | | | | 13,450.00 | 2,152.00 | 15,602.00 | -146,781.02 |
| 2-Sep-15 | | PAGO DE FACTURA 3521 $408,000.00 TIPO CAMBIO 16.8692 | | | | | | | | | | | | 23,711.85 | -123,069.17 |
| 4 sep-15 | XAARD | SLW TLC TAM MAM TAM MAM SLW | 5.50 | 2,500.00 | 13,750.00 | | | 700.00 | 420.00 | | | 14,870.00 | 2,379.20 | 17,249.20 | -140,318.37 |
| 6-7 Sep 15 | XAUPX | SLW CVM REX CVM MAM SLW | 4.00 | 1,900.00 | 7,600.00 | 800.00 | | 1,400.00 | 245.00 | | | 10,045.00 | 1,607.20 | 11,652.20 | -151,970.57 |
| 15-16 Sept | NAMCA | SLW TLC CVM ADN TLC SLW | 5.50 | 2,500.00 | 13,750.00 | 800.00 | | 1,400.00 | | | | 15,950.00 | 2,552.00 | 18,502.00 | -170,472.57 |
| 18-sep-15 | N9138C | SLW TLC MAM SLW | 3.25 | 3,000.00 | 9,750.00 | | | 700.00 | | | | 10,450.00 | 1,672.00 | 12,122.00 | -182,594.57 |
| 17-18 Oct 15 | N9138C | SLW TLC AIFY TLC SLW | 5.50 | 3,000.00 | 16,500.00 | 800.00 | | 2,100.00 | | | | 19,400.00 | 3,104.00 | 22,504.00 | -205,098.57 |
| 19 Oct 15 | | PAGO DE FACTURA 3576 16.3959 $200,000.00 TIPO CAMBIO | | | | | | | | | | | | 13,198.17 | -192,900.40 |
| 10 Nov 15 | | PAGO DE FACTURA 3607 16 8708 $100,000.00 TIPO CAMBIO | | | | | | | | | | | | 17,783.05 | -175,117.35 |
| 17-20 Nov 15 | XALRD | SLW MAM TAM TLC CVM MAM SLW | 5.50 | 2,500.00 | 13,750.00 | 1,600.00 | 2,500.00 | 800.00 | 380.00 | 525.00 | | 19,555.00 | 3,128.80 | 22,683.80 | -197,801.15 |
| 24 Nov 15 | | PAGO DE FACTURA 3635 16.5130 $100,000.00 TIPO CAMBIO | | | | | | | | | | | | 6,086.20 | -191,714.95 |
| 29 NOV 1 Dic15 | XAUPX | SLW TAM REX TAM REX CVM MAM MAM NLD SLW | 8.50 | 1,900.00 | 16,150.00 | 1,600.00 | 9,500.00 | | 1,260.00 | | | 28,510.00 | 4,561.60 | 33,071.60 | -224,816.55 |
| 4- Dic 15 | NAMCA | SLW TL C CVM TLC SLW | 4.50 | 2,500.00 | 11,250.00 | | | | 700.00 | | | 11,950.00 | 1,912.00 | 13,862.00 | -238,678.55 |
| 6 Dic 15 | XAUPX | SLW CVM REX SLW | 2.50 | 1,900.00 | 4,750.00 | | | | 245.00 | | | 4,995.00 | 799.20 | 5,794.20 | -244,472.75 |
| 11 Dic 15 | XARDL | SLW TLC REX SLW | 3.50 | 2,500.00 | 8,750.00 | | | 500.00 | | | | 9,250.00 | 1,480.00 | 10,730.00 | -255,202.75 |
| 12-13 Dic 15 | XAUPX | SLW REX TAM MAM TLC CVM TLC SLW | 8.50 | 1,900.00 | 16,150.00 | 1,600.00 | | 1,500.00 | | 455.00 | | 19,705.00 | 3,152.80 | 22,857.80 | -278,060.55 |
| 14 Dic 15 | XAHAD | RENTA HELICOTPERO TI C- SN REGIS TLC | 1.00 | 3,500.00 | 3,500.00 | | | 600.00 | 120.00 | | | 4,220.00 | 675.20 | 4,895.20 | -282,955.75 |
| 18 Dic 15 | XAUPX | SLW TLC MAM SLW | 4.00 | 1,900.00 | 7,600.00 | | | 600.00 | | 1,550.00 | | 9,750.00 | 1,560.00 | 11,310.00 | -294,265.75 |
| 22 Dic 15 | XAUPX | SLW MAM CVM MAM SLW | 3.50 | 1,900.00 | 6,650.00 | | | | 350.00 | | | 7,000.00 | 1,120.00 | 8,120.00 | -302,385.75 |

Sin más por el momento quedo en espera de tu respuesta
Gracias
Maria Rojas
Asistente Dirección / Ventas
E-mail mary.rojas@rajet.net

Ra Jet Aeroservicios S.A de C.V
Carr. Saltillo-Monterrey 13.5 Hangar 30
Aeropuerto Internacional Plan de Guadalupe
Ramos Arizpe, Coahuila Mexico CP 25900
Tel. + (Oficina (844) 488-0683 / celular + (81) 2155-5949

"Este correo electrónico es confidencial y/o puede contener información privilegiada.
Si usted no es su destinatario o no es alguna persona autorizada por este para recibir sus correos electrónicos, NO deberá usted utilizar, copiar, revelar, o tomar ninguna acción basada en este correo electrónico o cualquier otra información incluida en el, favor de notificar al remitente de inmediato mediante el reenvío de este correo electrónico y borrar a continuación totalmente este correo electrónico y sus anexos."
Nota: Los acentos y caracteres especiales fueron omitidos intencionalmente para su correcta lectura en cualquier medio electrónico.
"This e-mail is confidential and/or may contain privileged information.
If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any other information herein, please advise the sender immediately by reply this e-mail and delete this e-mail and its attachments."

Exhibit A