# THE LAW OFFICE OF C. ANDERSON PARKER

712 MAIN ST., SUITE 1600
HOUSTON, TEXAS 77002

**C. ANDERSON PARKER**　　　　　　　　　　　　　　　　　　　　　　TELEPHONE: (713) 659-7200
ANDY@CAParkerLaw.com　　　　　　　　　　　　　　　　　　　　　FACSIMILE: (713) 659-7203

September 15, 2017

Luis Carlos Castillo Cervantes
1500 Trinity St
Mission, TX 78572
*Via regular and certified mail*
*Via e-mail to:* lcccrx@gmail.com

Luis Carlos Castillo Cervantes
c/o Homer Gonzalez
4314 S. Conway Ave.
Mission, TX 78572-0034
*Via regular and certified mail*

　　　　Re:　Payment of outstanding Rajet Aeroservicios invoices

Mr. Castillo Cervantes,

　　My firm represents Rajet Aeroservicios S.A. de C.V. ("Rajet"), with whom you contracted for private plane transportation for over 11 years. Rajet provided you invoices for this air transportation as it occurred, and through April of 2015 your account balance had essentially been paid in full. As you know, beginning in April of 2015 you began to accrue an unpaid balance on your account. Rajet first wrote you about this unpaid balance on April 15, 2015. Your office responded that same day: "This week we are very complicated, we will not be able to make a payment. The upcoming week would be a possibility, hopefully you can still provide service to us if it is required, and you can see that we have not stopped paying."

　　At your requests, Rajet continued providing air transportation services to you, based on your office's multiple promises to pay the amounts incurred. Through the present, you have not disputed the validity of any of the charges you incurred with Rajet.

　　You continued making only partial payments on your account and therefore your unpaid balance rose to $255,891.70 at the end of 2015 even after a $46,494.05 payment by you on December 30, 2015, as discussed with you in the attached e-mail. You continued incurring significant charges with Rajet and only making partial payments until your account balance finally reached $1,284,994.81 as of your last flight in June of 2016. I have attached here an

Exhibit B

Luis Carlos Castillo Cervantes
September 15, 2017
Page 2

account statement detailing your previously provided invoices, your partial payments and the account balance from March 18, 2015 through June 7, 2016.

Ms. Rojas wrote you again on September 30, 2016, inquiring as to the payment status of that specific $1,284,994.81 outstanding balance. Your office wrote back on October 5, 2016: "We have struggled for months with liquidity and that is why we have not been able to make payments. We are waiting for resources that are owed to us in these first weeks of the month, having something we will send to you."

After Luis Rajet spoke with you regarding the outstanding balance, Ms. Rojas again wrote your office on October 17, 2016: "Per the conversation between Ing. Castillo y Cap. Rayet, he pledged to make a payment tomorrow." Your office responded that they would "check with you" about payment. I am attaching copies of those e-mail correspondences here. Other correspondences between your office and Rajet regarding these invoices are available here:
https://canalesparker-my.sharepoint.com/personal/ckelsey_canalesparker_com/_layouts/15/guestaccess.aspx?folderid=02a64f5e6f36a4f55b4f54ab38a71d300&authkey=AXCnjtHedukFaX4t0ZpzjcQ&expiration=2017-12-13T21%3a07%3a06.000Z

As recently as February 3, 2017, your office still maintained that you would be making good on payment of your account balance.

As you know, and as noted throughout our prior correspondences with you, there are extensive costs associated with private air charters, including fuel and FBO costs, payment of pilots, and the costs of Rajet's aircraft financing and maintenance. Rajet has expended significant out-of-pocket resources to provide the flights detailed in these invoices.

This letter serves to again formally demand payment of your account balance of $1,284,994.81. If we are not able to reach an agreement for a payment schedule by October 7, 2017, my office will be forced to file suit in Texas to obtain a legal judgment against you. As you may know, such a judgment would also require your payment of Rajet's legal fees expended to obtain and collect the judgment, as well as pre and post-judgment interest on your account balance.

Upon obtaining that judgment we would then conduct court-supervised discovery to identify and obtain any assets of yours that might satisfy the judgment.

Luis Carlos Castillo Cervantes
September 15, 2017
Page 3

Please let me know if you have any questions about this matter.

Sincerely,

C. Anderson Parker
The Law Office of C. Anderson Parker

Enclosures:
Castillo Account Statement - March 18, 2015 through June 7, 2016
E-mail correspondences from:
    April 15, 2015
    December 30, 2015
    September 30, 2016/October 5, 2017
    October 17, 2016
    February 3, 2017


cc:

Sr. Luis A. Rayet Díaz
Director General
**Rajet Aeroservicios S.A. de C.V.**
Carr Saltillo-Monterrey k.m. 13.5,
Hangear 39, Aeropuerto Internacional
Plan de Guadalupe, Ramos Arizpe,
Coahuila C.P. 25900
*Via e-mail to*: luisrayet@rajet.net