**ESTADO CUENTA**
**ING. LUISCARLOS CASTILLO (OPERADORA MISTLI, S.A. DE C.V.)**

| FECHA | AVION | RUTA | TIEMPO | X HORA DLLS | IMPORTE VUELO | PERNOCTA 1a 2a | PERNOCTA 3a y 4a | SERVICIO FBO | TUAS | EXT HORARIO | GASTOS MIGRATORIOS | TOTAL VUELO | IVA, 16% | IMPORTE TOTAL | SALDO DLLS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-21 Mzo 15 | N77PY | SLW MAM TLC CVM MAM CVM MAM SLW | 6.50 | 2,500.00 | 16,250.00 | 2,400.00 | | 700.00 | | | | 19,350.00 | 3,096.00 | 22,446.00 | 22,446.00 |
| 25 Mzo 15 | XBFYL | ADN MAM ADN SLW | 2.75 | 1,200.00 | 3,300.00 | | | | | | | 3,300.00 | 528.00 | 3,828.00 | 26,274.00 |
| 25 Mzo 15 | | PAGO DE FACTURA 2521   $478,572.00 TIPO CAMBIO 14.9524 | | | | | | | | | | | | 30,000.00 | 3,726.00 |
| 26-28 Mzo 15 | N77PY | SLW MAM TLC CVM MAMSLW | 5.25 | 2,500.00 | 13,125.00 | 1,600.00 | | 900.00 | | 1,050.00 | | 16,675.00 | 2,668.00 | 19,343.00 - | 15,617.00 |
| 31 Mzo 01 Abr | XBFYL | SLW ADN MAM ADN SLW | 3.25 | 1,200.00 | 3,900.00 | 800.00 | | | | | | 4,700.00 | 752.00 | 5,452.00 - | 21,069.00 |
| 4-5 Abr 15 | XBFYL | SLW ADN MAM ADN SLW | 3.25 | 1,200.00 | 3,900.00 | 800.00 | | | | | | 4,700.00 | 752.00 | 5,452.00 - | 26,521.00 |
| 9 Abr 15 | | PAGO DE FACTURA 2553   $372,680.100 TIPO CAMBIO 14.9072 | | | | | | | | | | | | 25,000.00 - | 1,521.00 |
| 9-11 Abr 15 | XBFYL | SLW MAM CVM MAM ADN MAM CVM MAM ADN SLW | 9.25 | 1,200.00 | 11,100.00 | 2,400.00 | | | | | | 13,500.00 | 2,160.00 | 15,660.00 - | 17,181.00 |
| 13-14 Abr 15 | XBFYL | SLW MAM NLD CVM NLD MAM SLW | 7.00 | 1,200.00 | 8,400.00 | 800.00 | | | | | | 9,200.00 | 1,472.00 | 10,672.00 - | 27,853.00 |
| 16-18 Abr 15 | XBFYL | SLW MAM CVM MAM ADN MAM ADN SLW | 6.75 | 1,200.00 | 8,100.00 | 1,600.00 | | | | | | 9,700.00 | 1,552.00 | 11,252.00 - | 39,105.00 |
| 20 Abr 15 | | PAGO DE FACTURA 2566   $306,256.00 TIPO CAMBIO 15.3128 | | | | | | | | | | | | 20,000.00 - | 19,105.00 |
| 22-24 Abr 15 | XBFYL | SLW MAM TLC MFE SLW | 7.00 | 1,200.00 | 8,400.00 | 1,600.00 | | 800.00 | | 350.00 | 950.00 | 12,100.00 | 1,936.00 | 14,036.00 - | 33,141.00 |
| 20 Abr 15 | | PAGO DE FACTURA 2603 $304,086TIPO CAMBIO 15.2043 | | | | | | | | | | | | 20,000.00 - | 13,141.00 |
| 3-may.-15 | XBFYL | SLW MAM SLW | 2.25 | 1,200.00 | 2,700.00 | | | | | 350.00 | | 3,050.00 | 488.00 | 3,538.00 - | 16,679.00 |
| 15-may-15 | | PAGO DE FACTURA 3334   $151,235.00 TIPO CAMBIO 15.12.35 | | | | | | | | | | | | 10,000.00 - | 6,679.00 |
| 15-18 May 15 | XA UPX | SLW TLC MAM CVM MAM TLC SLW | 8.00 | 1,900.00 | 15,200.00 | 1,600.00 | 1,900.00 | 1,600.00 | 210.00 | 350.00 | | 20,860.00 | 3,337.60 | 24,197.60 - | 30,876.60 |
| 22-24 May 15 | XAUPX | SLW SLP MAM ADN MAM TMN CVM SLW | 8.50 | 1,900.00 | 16,150.00 | 1,600.00 | | | | | | 17,750.00 | 2,840.00 | 20,590.00 - | 51,466.60 |
| 23-may.-15 | XAMCA | SLW ADN TLC SLW | 3.00 | 2,500.00 | 7,500.00 | | | 700.00 | | | | 8,200.00 | 1,312.00 | 9,512.00 - | 60,978.60 |
| 26-may-15 | | PAGO DE FACTURA 3360   $457,905.00 TIPO CAMBIO 15.2635 | | | | | | | | | | | | 30,000.00 - | 30,978.60 |
| 26-may.-15 | XAMCA | TLC MAM TLC | 2.50 | 2,500.00 | 6,250.00 | | | 700.00 | | | | 6,950.00 | 1,112.00 | 8,062.00 - | 39,040.60 |
| 27-may.-15 | XALRD | SLW CVM ADN MAM SLW | 3.00 | 2,500.00 | 7,500.00 | | | | 152.00 | | | 7,652.00 | 1,224.32 | 8,876.32 - | 47,916.92 |
| 22-23 May | N913WC | SLW ZCL MFE ZCL SLW | 3.50 | 3,000.00 | 10,500.00 | 1,000.00 | | 350.00 | | | 500.00 | 12,350.00 | 1,976.00 | 14,326.00 - | 62,242.92 |
| 5-jun-15 | | PAGO DE FACTURA 3378   $200,000.00 TIPO CAMBIO 15.5347 | | | | | | | | | | | | 12,874.41 - | 49,368.51 |
| 29 MAY -01 JUN | XALRD | SLW MAM TAM CVM MAM CVM MAM NLD TLC SLW | 8.25 | 2,500.00 | 20,625.00 | 1,600.00 | 2,500.00 | 800.00 | 910.00 | 1050 | | 27,485.00 | 4,397.60 | 31,882.60 - | 81,251.11 |
| 6-7 Jun 15 | XATYW | SLW TLC MAM TLC SLW | 4.75 | 2,500.00 | 11,875.00 | 800.00 | | 700.00 | | | | 13,375.00 | 2,140.00 | 15,515.00 - | 96,766.11 |
| 12-14 Jun 15 | XALRD | SLW MAM CVM MAM ADN | 3.50 | 2,500.00 | 8,750.00 | 1,600.00 | | | 315.00 | 700.00 | | 11,365.00 | 1,818.40 | 13,183.40 - | 109,949.51 |
| 3-4 Ju 15 | N925WC | SLW MAM CVM MAM SLW | 3.50 | 3,000.00 | 10,500.00 | 800.00 | | | | | | 11,300.00 | 1,808.00 | 13,108.00 - | 123,057.51 |
| 16-jul-15 | | PAGO DE FACTURA 3452   $400,000.00 TIPO CAMBIO 15.7470 | | | | | | | | | | | | 25,401.66 - | 97,655.85 |
| 25-jul.-15 | N925WC | SLW MAM PVR SLW | 4.00 | 3,000.00 | 12,000.00 | | | 500.00 | | | | 12,500.00 | 2,000.00 | 14,500.00 - | 112,155.85 |
| 2 Ago15 | N925WC | SLW PVR MAM SLW | 4.00 | 3,000.00 | 12,000.00 | | | 500.00 | | | | 12,500.00 | 2,000.00 | 14,500.00 - | 126,655.85 |
| 4 AGO 15 | | PAGO DE FACTURA 3483   $400,000.00 TIPO CAMBIO 16.1129 | | | | | | | | | | | | 24,824.83 - | 101,831.02 |
| 14 Ago 15 | XATYW | SLW TLC CVM TLC SLW | 4.50 | 2,500.00 | 11,250.00 | | | 1,400.00 | | | | 12,650.00 | 2,024.00 | 14,674.00 - | 116,505.02 |
| 18- Ago 15 | XALRD | SLW TLC CVM TLC SLW | 4.50 | 2,500.00 | 11,250.00 | | | 1,400.00 | | | | 12,650.00 | 2,024.00 | 14,674.00 - | 131,179.02 |
| 23-24 Agos | XAMCA | SLW TLC CVM TLC SLW | 4.50 | 2,500.00 | 11,250.00 | 800.00 | | 1,400.00 | | | | 13,450.00 | 2,152.00 | 15,602.00 - | 146,781.02 |
| 2-sep-15 | | PAGO DE FACTURA 3521   $400,000.00 TIPO CAMBIO 16.8692 | | | | | | | | | | | | 23,711.85 - | 123,069.17 |
| 4-sep.-15 | XAARD | SLW TLC TAM MAM TAM MAM SLW | 5.50 | 2,500.00 | 13,750.00 | | | 700.00 | 420.00 | | | 14,870.00 | 2,379.20 | 17,249.20 - | 140,318.37 |
| 6-7 Sep 15 | XAUPX | SLW CVM REX CVM MAM SLW | 4.00 | 1,900.00 | 7,600.00 | 800.00 | | 1,400.00 | 245.00 | | | 10,045.00 | 1,607.20 | 11,652.20 - | 151,970.57 |
| 15-16 Sept | XAMCA | SLW TLC CVM ADN TLC SLW | 5.50 | 2,500.00 | 13,750.00 | 800.00 | | 1,400.00 | | | | 15,950.00 | 2,552.00 | 18,502.00 - | 170,472.57 |

Exhibit C

| Date | Description | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-sep.-15 | N913SC SLW TLC MAM SLW | 3.25 | 3,000.00 | 9,750.00 | | 700.00 | | | 10,450.00 | 1,672.00 | 12,122.00 - | 182,594.57 |
| 17-18 Oct 15 | N913SC SLW TLC MTY TLC SLW | 5.50 | 3,000.00 | 16,500.00 | 800.00 | 2,100.00 | | | 19,400.00 | 3,104.00 | 22,504.00 - | 205,098.57 |
| 19-oct-15 | PAGO DE FACTURA 3576  16.3959 $200,000.00 TIPO CAMBIO | | | | | | | | | | 12,198.17 - | 192,900.40 |
| 10-nov-15 | PAGO DE FACTURA 3607  16.8700 $300,000.00 TIPO CAMBIO | | | | | | | | | | 17,783.05 - | 175,117.35 |
| 17-20 Nov 15 | XALRD SLW MAM TAM TLC CVM MAM SLW | 5.50 | 2,500.00 | 13,750.00 | 1,600.00 | 2,500.00 | 800.00 | 380.00 | 525.00 | 19,555.00 | 3,128.80 | 22,683.80 - | 197,801.15 |
| 24-nov-15 | PAGO DE FACTURA 3625  16.5120 $100,000.00 TIPO CAMBIO | | | | | | | | | | 6,056.20 - | 191,744.95 |

| Date | Code | Route | Hours | Rate | Amount | Col7 | Col8 | Col9 | Col10 | Col11 | Sub1 | Sub2 | Total | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Dic15 | | | | | 16,150.00 | | | | 1,260.00 | | 28,510.00 | 4,561.60 | 33,071.60 | 224,816.55 |
| 4- Dic 15 | XAMCA | SLW TLC CVM TLC SLW | 4.50 | 2,500.00 | 11,250.00 | | | 700.00 | | | 11,950.00 | 1,912.00 | 13,862.00 | 238,678.55 |
| 6 Dic 15 | XAUPX | SLW CVM REX SLW | 2.50 | 1,900.00 | 4,750.00 | | | 245.00 | | | 4,995.00 | 799.20 | 5,794.20 | 244,472.75 |
| 11 Dic 15 | XARDL | SLW TLC REX SLW | 3.50 | 2,500.00 | 8,750.00 | | | 500.00 | | | 9,250.00 | 1,480.00 | 10,730.00 | 255,202.75 |
| 12-14 Dic 15 | XAUPX | SLW REX TAM MAM TLC CVM TLC SLW | 8.50 | 1,900.00 | 16,150.00 | 1,600.00 | | 1,500.00 | | 455.00 | 19,705.00 | 3,152.80 | 22,857.80 | 278,060.55 |
| 14 Dic 15 | XAHAP | RENTA HELICOTPERO TLC- SN REGIS-TLC | 1.00 | 3,500.00 | 3,500.00 | | | 600.00 | 120.00 | | 4,220.00 | 675.20 | 4,895.20 | 282,955.75 |
| 18 Dic 15 | XAUPX | SLW TLC MAM SLW | 4.00 | 1,900.00 | 7,600.00 | | | 600.00 | | 1,550.00 | 9,750.00 | 1,560.00 | 11,310.00 | 294,265.75 |
| 22 Dic 15 | XAUPX | SLW MAM CVM MAM SLW | 3.50 | 1,900.00 | 6,650.00 | | | | 350.00 | | 7,000.00 | 1,120.00 | 8,120.00 | 302,385.75 |
| 30 DIC 15 | | PAGO DE FACTURA 3679 $800,000.00 17.2065 TIPO CAMBIO | | | | | | | | | | | 46,494.05 | 255,891.70 |
| 4-6 Ene 16 | XAUPX | SLW MAM CVM MAM SLW | 3.50 | 1,900.00 | 6,650.00 | 1,600.00 | | | 140.00 | 465.00 | 8,855.00 | 1,416.80 | 10,271.80 | 266,163.50 |
| 10-11 Ene | XARDL | SLW MAM CVM TLC SLW | 4.00 | 2,500.00 | 10,000.00 | 800.00 | | 600.00 | 210.00 | 1,050.00 | 12,660.00 | 2,025.60 | 14,685.60 | 280,849.10 |
| 18-21 Ene 16 | XARDL | SLW TLC MAM CVM MAM CVM TLC SLW | 7.25 | 2,500.00 | 18,125.00 | 1,600.00 | 2,500.00 | 1,200.00 | 315.00 | | 23,740.00 | 3,798.40 | 27,538.40 | 308,387.50 |
| 25 Ene 16 | | PAGO DE FACTURA 3710 $500,000. 0018.4280 TIPO CAMBIO | | | | | | | | | | | 27,132.62 | 281,254.88 |
| 29 Ene 16 | XAMCA | SLW TLC CVM SLW | 3.75 | 2,500.00 | 9,375.00 | | | 600.00 | | | 9,975.00 | 1,596.00 | 11,571.00 | 292,825.88 |
| 29 Ene 16 | XAUPX | SLW TLC CVM | 2.75 | 1,900.00 | 5,225.00 | | | 600.00 | | | 5,825.00 | 932.00 | 6,757.00 | 299,582.88 |
| 31 Ene 4 Feb 16 | N466MM | CVM MAM CVM TLC CVM TLC CVM MAM CVM MAM CVM | 9.50 | 3,000.00 | 28,500.00 | 1,600.00 | 12,000.00 | 1,600.00 | 840.00 | 1,225.00 | 45,765.00 | 7,322.40 | 53,087.40 | 352,670.28 |
| 4 Feb 7 Feb 16 | XAMCA | CVM REX MAM TAM MAM TAM CVM SLW | 5.50 | 2,500.00 | 13,750.00 | 1,600.00 | 2,500.00 | | 665.00 | | 18,515.00 | 2,962.40 | 21,477.40 | 374,147.68 |
| 9-feb-16 | | PAGO DE FACTURA 3726 $200,000. 00   18.4280 TIPO CAMBIO | | | | | | | | | | | 10,697.53 | 363,450.15 |
| 9-feb-16 | | PAGO DE FACTURA 3727 $300,000. 00   18.7818 TIPO CAMBIO | | | | | | | | | | | 15,972.90 | 347,477.25 |
| 8-12 Feb 16 | XARDL | SLW CVM TLC CVM NLD CVM SLW | 5.50 | 2,500.00 | 13,750.00 | 1,600.00 | 5,000.00 | 700.00 | 595.00 | | 21,645.00 | 3,463.20 | 25,108.20 | 372,585.45 |
| 15-19 Feb 16 | XAUPX | SLW MAM CVM TLC CVM TLC CVM REX MAM CVM MAM CVM SLW | 11.50 | 1,900.00 | 21,850.00 | 1,600.00 | 5,700.00 | 1,400.00 | 980.00 | 820.00 | 32,350.00 | 5,176.00 | 37,526.00 | 410,111.45 |
| 21-feb.-16 | XARCL | SLW TLC CVM TLC SLW | 5.25 | 3,000.00 | 15,750.00 | | | 700.00 | 280.00 | | 16,730.00 | 2,676.80 | 19,406.80 | 429,518.25 |
| 22-feb.-16 | | PAGO DE FACTURA 3752 $500,000. 00  18.0568 TIPO CAMBIO | | | | | | | | | | | 27,690.39 | 401,827.86 |
| 22-feb.-16 | XA UPX | SLW CVM MAM SLW | 2.75 | 1,900.00 | 5,225.00 | | | | 210.00 | | 5,435.00 | 869.60 | 6,304.60 | 408,132.46 |

| Date | Reg | Route | Hrs | Rate | Amount | Col1 | Col2 | Col3 | Col4 | Col5 | Subtotal | Tax | Total | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-26 Feb 16 | XA UPX | SLW REX NLD TAM CVM TLC CVM SLW | 6.50 | 1,900.00 | 12,350.00 | 1,600.00 | | 600.00 | 700.00 | 820.00 | 16,070.00 | 2,571.20 | 18,641.20 | 426,773.66 |
| 26-feb-16 | | **PAGO DE FACTURA 3763   $300,000.00  18.1680 TIPO CAMBIO** | | | | | | | | | | | 16,512.55 | 410,261.11 |
| 27-feb-16 | N913SC | SLW MTY CVM SLW | 2.25 | 3,000.00 | 6,750.00 | | | 600.00 | | | 7,350.00 | 1,176.00 | 8,526.00 | 418,787.11 |
| 28-29 FEB | N466MM | SLW CVM TLC CUN SLW | 6.50 | 3,000.00 | 19,500.00 | 800.00 | | 1,200.00 | | | 21,500.00 | 3,440.00 | 24,940.00 | 443,727.11 |
| 26-feb-16 | | **PAGO DE FACTURA 3793   $1'000,000.00  17.8561 TIPO CAMBIO** | | | | | | | | | | | 56,003.27 | 387,723.84 |
| 2-3 Mzo 16 | XARCL | SLW CVM TLC CVM MEZQUITE SLW | 5.00 | 3,000.00 | 15,000.00 | 800.00 | | | 210.00 | | 16,010.00 | 2,561.60 | 18,571.60 | 406,295.44 |
| 4-5 Mzo 16 | XARCL | SLW MAM MEZQUIE TLC CVM TLC REX MAM CVM SLW | 8.75 | 3,000.00 | 26,250.00 | 800.00 | | 1,400.00 | 105.00 | 1,640.00 | 30,195.00 | 4,831.20 | 35,026.20 | 441,321.64 |
| 8 Mzo | XAUPX | SLW CVM MAM SLW | 2.50 | 1,900.00 | 4,750.00 | | | | 245.00 | | 4,995.00 | 799.20 | 5,794.20 | 447,115.84 |
| 9-11 Mzo 16 | XALRD | SLW CVM TLC CVM TLC CVM TLC CVM SLW | 8.75 | 2,500.00 | 21,875.00 | 1,600.00 | | 1,800.00 | 280.00 | | 25,555.00 | 4,088.80 | 29,643.80 | 476,759.64 |
| 10- Mzo 16 | N466MM | SLW MAM CVM SLW | 2.25 | 3,000.00 | 6,750.00 | | | | | | 6,750.00 | 1,080.00 | 7,830.00 | 484,589.64 |
| 10-13 Mzo 16 | XAUPX | SLW MAM TAM CVM TAM CVM TAM VER CVM SLW | 9.25 | 1,900.00 | 17,575.00 | 1,600.00 | 1,900.00 | 2,000.00 | 1,540.00 | 615.00 | 25,230.00 | 4,036.80 | 29,266.80 | 513,856.44 |
| 12-13 Mzo | XBFYL | SLW CVM TAM CVM SLW | 4.25 | 1,500.00 | 6,375.00 | 800.00 | | | | | 7,175.00 | 1,148.00 | 8,323.00 | 522,179.44 |
| 14-mar.-16 | XBFYL | SLW CVM NLD CVM SLW | 5.00 | 1,500.00 | 7,500.00 | | | | | 2,460.00 | 9,960.00 | 1,593.60 | 11,553.60 | 533,733.04 |
| 15-mar.-16 | N466MM | SLW CVM MFE SLW | 2.50 | 3,000.00 | 7,500.00 | | | 300.00 | | | 7,800.00 | 1,248.00 | 9,048.00 | 542,781.04 |
| 15 Mzo 16 | | **PAGO DE FACTURA 3805   $300,000.00  17.7691TIPO CAMBIO** | | | | | | | | | | | 16,883.24 | 525,897.80 |
| 15 Mzo 16 | XAUPX | SLW CVM ADN SLW | 2.25 | 1,900.00 | 4,275.00 | | | | 245.00 | | 4,520.00 | 723.20 | 5,243.20 | 531,141.00 |
| 16-17 Mzo 16 | XAUPX | SLW ADN CVM TLC CVM REX SLW | 5.50 | 1,900.00 | 10,450.00 | 800.00 | | | 490.00 | 410.00 | 12,150.00 | 1,944.00 | 14,094.00 | 545,235.00 |
| 18-22 Mzo | XA UPX | SLW REX CVM MAM CVM TAM MAM CVM MAM CVM SLW | 8.25 | 1,900.00 | 15,675.00 | 1,600.00 | 3,800.00 | | 1,085.00 | 410.00 | 22,570.00 | 3,611.20 | 26,181.20 | 571,416.20 |
| 23-25 Mzo 16 | XARDL | SLW CVM TAM CVM TAM CVM MAM SLW | 5.50 | 2,500.00 | 13,750.00 | 1,600.00 | | 800.00 | 595.00 | 2,460.00 | 19,205.00 | 3,072.80 | 22,277.80 | 593,694.00 |
| 28-31 Mzo 16 | XAUPX | SLW MAM CVM TLC ADN CVM MTY CVM SLW | 8.25 | 1,900.00 | 15,675.00 | 1,600.00 | 1,900.00 | 1,500.00 | 420.00 | | 21,095.00 | 3,375.20 | 24,470.20 | 618,164.20 |
| 30-mar.-16 | XARDL | SLW CVM MAM CVM SLW | 3.25 | 2,500.00 | 8,125.00 | | | | 245.00 | | 8,370.00 | 1,339.20 | 9,709.20 | 627,873.40 |
| 01 Abr 16 | | **PAGO DE FACTURA 3835   $300,000.00  17.3338 TIPO CAMBIO** | | | | | | | | | | | 17,307.23 | 610,566.17 |
| 2-5 Abr 16 | XBFYL | SLW CVM TAM NLD TAM NLD CVM NLD SLW | 8.00 | 1,500.00 | 12,000.00 | 1,600.00 | 1,500.00 | 700.00 | | 820.00 | 16,620.00 | 2,659.20 | 19,279.20 | 629,845.37 |
| 1-5 abr 16 | XARDL | SLW CVM TLC MTY CVM MTY CVM TAM MAM NLD REX SLW | 9.50 | 2,500.00 | 23,750.00 | 1,600.00 | 5,000.00 | 1,600.00 | 665.00 | 6,150.00 | 38,765.00 | 6,202.40 | 44,967.40 | 674,812.77 |

| Date | Code | Route | Qty | Rate | Amount | C1 | C2 | C3 | C4 | C5 | Subtotal | Tax | Total | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 Abr 16 | XAUPX | SLW REX CVM SLW | 2.50 | 1,900.00 | 4,750.00 | | | | 245.00 | | 4,995.00 | 799.20 | 5,794.20 | 680,606.97 |
| 7 Abr 16 | XBFYL | SLW REX CVM SLW | 3.25 | 1,500.00 | 4,875.00 | | | | | | 4,875.00 | 780.00 | 5,655.00 | 686,261.97 |
| 9-11 Abr 16 | XBFYL | SLW CVM TAM CVM TAM NLD SLW | 6.00 | 1,500.00 | 9,000.00 | 1,600.00 | | | | | 10,600.00 | 1,696.00 | 12,296.00 | 698,557.97 |
| 12-abr.-16 | XAUPX | SLW NLD MAM SLW MAM CVM SLW | 5.50 | 1,900.00 | 10,450.00 | | | | 245.00 | 615.00 | 11,310.00 | 1,809.60 | 13,119.60 | 711,677.57 |
| 12-abr.-16 | XBFYL | SLW CVM MAM CVM MAM SLW | 5.75 | 1,500.00 | 8,625.00 | | | | | | 8,625.00 | 1,380.00 | 10,005.00 | 721,682.57 |
| 14-abr.-16 | XAUPX | SLW MAM GDL SLW | 4.00 | 1,900.00 | 7,600.00 | | | 400.00 | 70.00 | | 8,070.00 | 1,291.20 | 9,361.20 | 731,043.77 |
| **15 Abr 16** | | **PAGO DE FACTURA 3866  $500,000.00  17.3880 TIPO CAMBIO** | | | | | | | | | | | 28,755.46 | 702,288.31 |
| 15-abr.-16 | XBFYL | SLW MAM CVM MAM REX CVM SLW | 6.75 | 1,500.00 | 10,125.00 | | | | | 2,870.00 | 12,995.00 | 2,079.20 | 15,074.20 | 717,362.51 |
| 15-16 Abr 16 | XARDL | SLW REX CVM LMM SLW | 5.00 | 2,500.00 | 12,500.00 | 800.00 | | 400.00 | 70.00 | | 13,770.00 | 2,203.20 | 15,973.20 | 733,335.71 |
| 16-abr.-16 | XAUPX | SLW MAM CVM SLW | 2.50 | 1,900.00 | 4,750.00 | | | | 280.00 | 1,025.00 | 6,055.00 | 968.80 | 7,023.80 | 740,359.51 |
| 16-22 Abr 16 | XBFYL | SLW CVM REX MAM CVM REX CVM TAM MAM CVM SLW | 7.50 | 1,500.00 | 11,250.00 | 1,600.00 | 3,000.00 | | | 1,230.00 | 17,080.00 | 2,732.80 | 19,812.80 | 760,172.31 |
| 17-22 Abr 16 | XAUPX | SLW GDL CVM MAM REX CVM TAM MAM CVM SLW | 8.25 | 1,900.00 | 15,675.00 | 1,600.00 | 1,500.00 | 1,100.00 | 770.00 | 820.00 | 21,465.00 | 3,434.40 | 24,899.40 | 785,071.71 |
| 23-24 Abr | XBFYL | SLW CVM MAM CVM SLW | 4.00 | 1,500.00 | 6,000.00 | | | | | | 6,000.00 | 960.00 | 6,960.00 | 792,031.71 |
| 23-25 Abr | XARDL | SLW CVM TLC CVA CVM TLC CVM SLW | 7.00 | 2,500.00 | 17,500.00 | 1,600.00 | 2,500.00 | 1,900.00 | 175.00 | 1,230.00 | 24,905.00 | 3,984.80 | 28,889.80 | 820,921.51 |
| 25-30 Abr | XBFYL | SLW CVM MAM CVM TAM CVM NLD MAM TAM MAM TAM REX | 13.25 | 1,500.00 | 19,875.00 | 1,600.00 | 6,000.00 | 700.00 | | 1,640.00 | 29,815.00 | 4,770.40 | 34,585.40 | 855,506.91 |
| **28 ABR 16** | | **PAGO DE FACTURA 3893  $300,000.00  17.3993 TIPO CAMBIO** | | | | | | | | | | | 17,242.07 | 838,264.84 |
| 26-30 Abr 16 | XAUPX | SLW CVM TAM NLD CVM NLD REX NLD MAM CVM MAM TAM REX SLW | 12.25 | 1,900.00 | 23,275.00 | 1,600.00 | 3,800.00 | 700.00 | 1,225.00 | | 30,600.00 | 4,896.00 | 35,496.00 | 873,760.84 |
| 01-07 May | XB FYL | REX CVM TAM REX CVM TAM CVM REX CVM NLD TAM SLW | 13.00 | 1,500.00 | 19,500.00 | 1,600.00 | 6,000.00 | | | | 27,100.00 | 4,336.00 | 31,436.00 | 905,196.84 |
| 8-9 May 16 | XB FYL | SLW MTY TAM MAM SLW | 5.50 | 1,500.00 | 8,250.00 | 800.00 | 1,050.00 | | | | 10,100.00 | 1,616.00 | 11,716.00 | 916,912.84 |
| 3-may.-16 | XAUPX | SLW REX CVM SLW | 2.75 | 1,900.00 | 5,225.00 | | | | 210.00 | | 5,435.00 | 869.60 | 6,304.60 | 923,217.44 |
| 6-9 May | XAUPX | SLW CVM TAM CVM TAM MTY SLW MTY TAM MTY REX SLW | 9.75 | 1,900.00 | 18,525.00 | 1,600.00 | 1,900.00 | | 630.00 | | 22,655.00 | 3,624.80 | 26,279.80 | 949,497.24 |
| 10-16 May 16 | XBFYL | SLW REX CVM REX CVM TAM CVM MAM CVM REX SLW | 9.50 | 1,500.00 | 14,250.00 | 1,600.00 | 7,500.00 | 350.00 | | 1,230.00 | 24,930.00 | 3,988.80 | 28,918.80 | 978,416.04 |
| 12-may.-16 | N77PY | SLW CVM TLC SLW | 3.75 | 2,500.00 | 9,375.00 | | | 700.00 | | | 10,075.00 | 1,612.00 | 11,687.00 | 990,103.04 |

4

| Date | Tail | Route | Hours | Rate | Amount | C1 | C2 | C3 | C4 | C5 | C6 | Subtotal | Tax | Total | Running |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13-may.-16 | N913SC | SLW TLC CVM TAM CVM SLW | 5.00 | 3,500.00 | 17,500.00 | 1,050.00 | | | | 1640 | | 20,190.00 | 3,230.40 | 23,420.40 | 1,013,523.44 |
| 15-18 May 16 | XAUPX | SLW CVM REX NLD REX CVM SLW | 5.50 | 1,900.00 | 10,450.00 | 1,600.00 | 1,900.00 | | 770.00 | 1,230.00 | | 15,950.00 | 2,552.00 | 18,502.00 | 1,032,025.44 |
| 19-22 May 16 | XAUPX | SLW CVM TAM SLW TAM MAM CVM TAM MAM SLW | 8.75 | 1,900.00 | 16,625.00 | 1,600.00 | 1,900.00 | 1,050.00 | 385.00 | | | 21,560.00 | 3,449.60 | 25,009.60 | 1,057,035.04 |
| 19-may.-16 | N913SC | SLW CVM BRO AUS SLW | 4.25 | 3,500.00 | 14,875.00 | | | 700.00 | | | 500.00 | 16,075.00 | 2,572.00 | 18,647.00 | 1,075,682.04 |
| 19-22 May 16 | XBFYL | SLW MTY CVM TAM CVM TAM MAM TAM REX CVM SLW | 9.25 | 1,500.00 | 13,875.00 | 1,600.00 | 1,500.00 | 1,050.00 | | | | 18,025.00 | 2,884.00 | 20,909.00 | 1,096,591.04 |
| 23-may-16 | | PAGO DE FACTURA 3940  $500,000.00  18.3826 TIPO CAMBIO | | | | | | | | | | | | 27,199.63 | 1,069,391.41 |
| 24-27 May 16 | XACTL | SLW CVM SLP CVM REX NLD TLC NLD MAM SLW | 9.25 | 2,500.00 | 23,125.00 | 1,600.00 | 2,500.00 | 700.00 | 630.00 | 1,230.00 | | 29,785.00 | 4,765.60 | 34,550.60 | 1,103,942.01 |
| 24-31 May 16 | XAUPX | SLW CVM TAM REX CVM TLC CVM NLD MAM TAM CVM TLC CVM TAM NLD CVM | 18.75 | 1,900.00 | 35,625.00 | 1,600.00 | 11,400.00 | 2,600.00 | 1,890.00 | 4,100.00 | | 57,215.00 | 9,154.40 | 66,369.40 | 1,170,311.41 |
| 25-may-16 | Helic | TLC STREGIS TLC | | | | | | | | | | 5,700.00 | 912.00 | 6,612.00 | 1,176,923.41 |
| 24-31 May 16 | XBFYL | SLW CVM TAM REX CVM NLD MAM CVM MAM TAM MAM TAM NLD CVM | 16.25 | 1,500.00 | 24,375.00 | 1,600.00 | 9,000.00 | 1,200.00 | | 1,640.00 | | 37,815.00 | 6,050.40 | 43,865.40 | 1,220,788.81 |
| 1-2 Jun 16 | XAUPX | CVM REX CVM SLW | 2.75 | 1,900.00 | 5,225.00 | | 3,800.00 | | 175.00 | | | 9,200.00 | 1,472.00 | 10,672.00 | 1,231,460.81 |
| 1-5 Jun 16 | XB FYL | CVM REX CVM REX CVM MAM CVM | 6.00 | 1,500.00 | 9,000.00 | | 7,500.00 | | 175.00 | | | 16,675.00 | 2,668.00 | 19,343.00 | 1,250,803.81 |
| 4-5 Jun 16 | XAUPX | SLW CVM MAM CVM SLW | 3.75 | 1,900.00 | 7,125.00 | 800.00 | | | 175.00 | | | 8,100.00 | 1,296.00 | 9,396.00 | 1,260,199.81 |
| 7-jun-16 | N77PY | SLW CVM TLC SLW | 3.75 | 2,500.00 | 9,375.00 | | | 700.00 | | | | 10,075.00 | 1,612.00 | 11,687.00 | 1,271,886.81 |
| 6-7 Jun 16 | XBFYL | CVM TAM CVM MAM SLW | 4.00 | 1,500.00 | 6,000.00 | | 4,800.00 | 500.00 | | | | 11,300.00 | 1,808.00 | 13,108.00 | 1,284,994.81 |

Sin más por el momento quedo a tus ordenes

Saludos

**María Rojas**
Asistente Dirección/Ventas
E-mail mary.rojas@rajet.net

Ra Jet Aeroservicios S.A de C.V
Carrt. Saltillo-Monterrey  13.5 Hangar 39
Aeropuerto Internacional Plan de Guadalupe
Ramos Arizpe, Coahuila. Mexico. CP. 25900
Tel. Oficina. (844) 4880863 / 4880864 /
Cel. 844 160 4663
www.rajet.net