IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAJET AEROSERVICIOS S.A. DE C.V., § <br> *Plaintiff*, § <br> § <br> § <br> V. §    Case No.: <br> § <br> LUIS CARLOS CASTILLO CERVANTES, § <br> *Defendant* § | |

## AFFIDAVIT OF LUIS ALFREDO RAYET DIAZ

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. My name is Luis Alfredo Rayet Diaz. I am over the age of 21 years and competent to testify to the matters set out in this affidavit. I have personal knowledge of the facts set out in this affidavit and those facts are true and correct.

2. I am the President and Owner of Rajet Aeroservicios S.A. de C.V., a corporation registered in Mexico and conducting business in the Southern District of Texas.

3. Defendant Luis Carlos Castillo Cervantes ("Castillo") agreed with Plaintiff Rajet Aeroservicios S.A. de C.V. ("Rajet") for Rajet to provide private plane transportation to Castillo and his guests beginning in 2005. Castillo requested the flights in writing and Rajet provided invoices to Castillo for this air transportation as it occurred. Through April of 2015 Castillo's account balance had essentially been paid in full. Beginning in April of 2015 Castillo began to accrue an unpaid balance to Rajet for services he requested.

4. Rajet continued providing air transportation services to Castillo based on Castillo's continued agreement to pay the amounts incurred. Through the present, Castillo has not disputed the validity of any of the charges billed to him by Rajet.

5. Castillo continued making only partial payments on his account and his unpaid balance rose to $255,891.70 at the end of 2015 after a $46,494.05 payment by him on December 30, 2015, as discussed with Castillo in Exhibit A. Castillo continued incurring significant charges with Rajet and only making partial payments until his account balance finally reached $1,284,994.81 as of his last flight in June of 2016. Despite several written attempts to collect this balance, and Castillo's acceptance of the balance, Castillo has refused to pay the balance. My counsel made a formal demand for payment of this amount on September 15, 2017, attached here as Exhibit B.

6. Exhibit C contains an account statement detailing Castillo's previously provided invoices, Castillo's partial payments and the running account balance from March 18, 2015 through June 7, 2016.

7. The prices charged to Castillo were just and true both because they were according to the terms of the agreement between the parties and the price were also the usual customary, and reasonable prices.

8. All lawful offsets, payments and credits have been applied to the account.

9. The account remains unpaid.

10. The damages are liquidated.

11. The document attached as Exhibit A is a true and correct copy of an email discussing his account and his unpaid balance.

12. The document attached as Exhibit B is a true and correct copy of the formal demand for payment of his unpaid balance as of September 15, 2017.

13. The document attached as Exhibit C is a true and correct copy of an account statement detailing Castillo's previously provided invoices, Castillo's partial payments and the running account balance from March 18, 2015 through June 7, 2016.

Executed on __20 NOVEMBER__ (date).

_____
LUIS ALFREDO RAYET DIAZ
President and Owner
RAJET AEROSERVICIOS S.A. DE C.V.

**From:** Alejandro Torres Garza
**To:** "Humberto Valdes"; "Mary Roja"; "Beatriz Cardenas Martinez"
**Subject:** RE: Estado de cuenta
**Date:** Wednesday, December 30, 2015 11:55:08 AM
**Attachments:** image001.png

Mary buen día
Favor de mandarnos factura por 800mil pesos. Facturar a Creator.
Gracias
Saludos

De: Humberto Valdes [mailto:humbertovd@rajet.net]
Enviado el: miércoles, 30 de diciembre de 2015 10:35 a.m.
Para: 'Alejandro Torres Garza'; 'Mary Roja'; 'Beatriz Cardenas Martinez'
Asunto: RE: Estado de cuenta

Buen día Alejandro, es importante que lo cheques a la brevedad, ya que como te comentaba en correos anteriores, nos estamos quedando sin recursos para la operación y para cumplir los compromisos que acordaron el Cap. Rayel y el Ing. Castillo.
Sin más por el momento, quedo a tus ordenes.
Atte.
Humberto

De: Alejandro Torres Garza [mailto:alejandro.torres@lucamax.com.mx]
Enviado el: miércoles, 30 de diciembre de 2015 09:56 a.m.
Para: 'Mary Roja'; 'Beatriz Cardenas Martinez'
CC: humbertovd@rajet.net
Asunto: RE: Estado de cuenta

Buen día
Lo reviso y te aviso al rato.
Saludos

De: Mary Roja [mailto:mary.roja@rajet.net]
Enviado el: martes, 29 de diciembre de 2015 12:49 p.m.
Para: 'Alejandro Torres Garza' <alejandro.torres@lucamax.com.mx>; 'Beatriz Cardenas Martinez' <beatriz.cardenas@lucamax.com.mx>
CC: humbertovd@rajet.net; alejandro.torres@medicline.com.mx
Asunto: RE: Estado de cuenta

Beatriz
Buenas tardes
Le comento el Ing. Castillo a mi jefe Cap. Rayel, que nos pusiéramos de acuerdo contigo para ver lo del pago que tenemos pendiente, me podrás dar razón por favor, ya que como veras el saldo que tenemos es muy considerable.

**ESTADO CUENTA**
ING. LUISCARLOS CASTILLO (OPERADORA MISTIJ, S.A. DE C.V.)

| FECHA | AVION | RUTA | TIEMPO | X HORA BLK | IMPORTE VUELO | PERNOCTA 1a 2a | PERNOCTA 3a y 4a | SERVICIO FBO | TUAS | EXT HORARIO | GASTOS MIGRATORION | TOTAL VUELO | IVA 16% | IMPORTE TOTAL | SALDO BLK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-21 Mzo 15 | | SLW MAM TLC CVM MAM CVM MAM SLW | 8.50 | 2,500.00 | 18,250.00 | 2,300.00 | | 700.00 | | | | 19,250.00 | 3,096.00 | 22,446.00 | 22,446.00 |
| 25 Mzo 15 | XBFYL | ADN MAM ADN SLW | 2.75 | 1,200.00 | 3,300.00 | | | | | | | 3,300.00 | 528.00 | 3,828.00 | 26,274.00 |
| 25 Mzo 15 | | PAGO DE FACTURA 2521 $478,571.00 TIPO CAMBIO 14.9524 | | | | | | | | | | | | 30,000.00 | -3,726.00 |
| 26-28 Mzo 15 | N77PY | SLW MAM TLC CVM MAMSLW | 5.25 | 2,500.00 | 13,125.00 | 1,600.00 | | 900.00 | | 1,050.00 | | 16,675.00 | 2,668.00 | 19,343.00 | -15,617.00 |
| 31 Mzo-01 Abr | XBFYL | SLW ADN MAM ADN SLW | 3.25 | 1,200.00 | 3,900.00 | 800.00 | | | | | | 4,700.00 | 752.00 | 5,452.00 | -21,069.00 |
| 4-5 Abr 15 | XBFYL | SLW ADN MAM ADN SLW | 3.25 | 1,200.00 | 3,900.00 | 800.00 | | | | | | 4,700.00 | 752.00 | 5,452.00 | -26,521.00 |
| 9 Abr 15 | | PAGO DE FACTURA 2553 $379,480.100 TIPO CAMBIO 14.9077 | | | | | | | | | | | | 25,000.00 | -1,521.00 |
| 9-11 Abr 15 | XBFYL | SLW MAM CVM MAM ADN MAM CVM MAM ADN SLW | 9.25 | 1,200.00 | 11,100.00 | 2,400.00 | | | | | | 13,500.00 | 2,160.00 | 15,660.00 | -17,181.00 |
| 13-14 Abr 15 | XBFYL | SLW MAM NLD CVM NLD MAM SLW | 7.00 | 1,200.00 | 8,400.00 | 800.00 | | | | | | 9,200.00 | 1,472.00 | 10,672.00 | -27,853.00 |
| 16-18 Abr 15 | XBFYL | SLW MAM CVM MAM ADN MAM ADN SLW | 6.75 | 1,200.00 | 8,100.00 | 1,600.00 | | | | | | 9,700.00 | 1,552.00 | 11,252.00 | -39,105.00 |
| 20 Abr 15 | | PAGO DE FACTURA 2566 $306,356.00 TIPO CAMBIO 15.3128 | | | | | | | | | | | | 20,000.00 | -19,105.00 |
| 22-24 Abr 15 | XBFYL | SLW MAM TLC MFE SLW | 7.00 | 1,200.00 | 8,400.00 | 1,600.00 | | 800.00 | | 350.00 | 950.00 | 12,100.00 | 1,936.00 | 14,036.00 | -33,141.00 |
| 30 Abr 15 | | PAGO DE FACTURA 2603 $204,086 TIPO CAMBIO 15.2041 | | | | | | | | | | | | 20,000.00 | -13,141.00 |
| 3-may-15 | XBFYL | SLW MAM SLW | 2.25 | 1,200.00 | 2,700.00 | | | | | 350.00 | | 3,050.00 | 488.00 | 3,538.00 | -16,679.00 |
| 15-May-15 | | PAGO DE FACTURA 3334 $151,235.00 TIPO CAMBIO 15.13.35 | | | | | | | | | | | | 10,000.00 | -6,679.00 |
| 15-18 May 15 | XA UPX | SLW TLC MAM CVM MAM TLC SLW | 8.00 | 1,900.00 | 15,200.00 | 1,500.00 | 1,900.00 | 1,600.00 | 210.00 | 350.00 | | 20,860.00 | 3,337.60 | 24,197.60 | -30,876.60 |
| 22-24 May 15 | XAUPX | SLW SLP MAM ADN MAM TAM CVM SLW | 8.50 | 1,900.00 | 16,150.00 | 1,600.00 | | | | | | 17,750.00 | 2,840.00 | 20,590.00 | -51,466.60 |
| 23-may-15 | XAMCA | SLW ADN TLC SLW | 3.00 | 2,500.00 | 7,500.00 | | | 700.00 | | | | 8,200.00 | 1,312.00 | 9,512.00 | -60,978.60 |
| 26-May-15 | | PAGO DE FACTURA 3360 $457,905.00 TIPO CAMBIO 15.2635 | | | | | | | | | | | | 30,000.00 | -30,978.60 |
| 26-may-15 | XAMCA | TLC MAM TLC | 2.50 | 2,500.00 | 6,250.00 | | | 700.00 | | | | 6,950.00 | 1,112.00 | 8,062.00 | -39,040.60 |
| 27-may-15 | XAI RD | SLW CVM ADN MAM SLW | 3.00 | 2,500.00 | 7,500.00 | | | | 152.00 | | | 7,652.00 | 1,224.32 | 8,876.32 | -47,916.92 |
| 22-23 May | N913WC | SLW ZCL MFE ZCL SLW | 3.50 | 3,000.00 | 10,500.00 | 1,000.00 | | 350.00 | | | 400.00 | 12,250.00 | 1,976.00 | 14,226.00 | -62,142.92 |
| 5 Jun 15 | | PAGO DE FACTURA 3378 $200,000.00 TIPO CAMBIO 15.5347 | | | | | | | | | | | | 12,874.41 | -49,268.51 |
| 29 MAY-01 JUN | XAI RD | SLW MAM TAM CVM MAM CVM MAM NLD TLC SLW | 8.25 | 2,500.00 | 20,625.00 | 1,600.00 | 2,500.00 | 800.00 | 910.00 | 1050 | | 27,485.00 | 4,397.60 | 31,882.60 | -81,151.11 |
| 6-7 Jun 15 | XATYW | SLW TLC MAM TLC SLW | 4.75 | 2,500.00 | 11,875.00 | 800.00 | | 700.00 | | | | 13,375.00 | 2,140.00 | 15,515.00 | -96,766.11 |
| 12-11 Jun 15 | XAI RD | SLW MAM CVM MAM ADN | 3.50 | 2,500.00 | 8,750.00 | 1,600.00 | | | 315.00 | 700.00 | | 11,365.00 | 1,818.40 | 13,183.40 | -109,949.51 |
| 3-4 Ju 15 | N925WC | SLW MAM CVM MAM SLW | 3.50 | 3,000.00 | 10,500.00 | 800.00 | | | | | | 11,300.00 | 1,808.00 | 13,108.00 | -123,057.51 |
| 16-Jul 15 | | PAGO DE FACTURA 3451 $100,000.00 TIPO CAMBIO 15.7470 | | | | | | | | | | | | 25,401.66 | -97,655.85 |
| 29-jul-15 | N925WC | SLW MAM PVR SLW | 4.00 | 3,000.00 | 12,000.00 | | | 500.00 | | | | 12,500.00 | 2,000.00 | 14,500.00 | -113,155.85 |
| 2 Ago15 | N925WC | SLW PVR MAM SLW | 4.00 | 3,000.00 | 12,000.00 | | | 500.00 | | | | 12,500.00 | 2,000.00 | 14,500.00 | -128,655.85 |
| 4 AGO 15 | | PAGO DE FACTURA 3483 $400,000.00 TIPO CAMBIO 16.1129 | | | | | | | | | | | | 24,874.83 | -103,831.02 |
| 11 Ago 15 | XATYW | SLW TLC CVM TLC SLW | 4.50 | 2,500.00 | 11,250.00 | | | 1,100.00 | | | | 11,650.00 | 2,024.00 | 14,674.00 | -116,509.02 |
| 18 Ago 15 | XAI RD | SLW TLC CVM TLC SLW | 4.50 | 2,500.00 | 11,250.00 | | | 1,400.00 | | | | 12,650.00 | 2,024.00 | 14,674.00 | -131,179.02 |
| 23-24 Ago | XAMCA | SLW TLC CVM TLC SLW | 4.50 | 2,500.00 | 11,250.00 | 800.00 | | 1,400.00 | | | | 13,450.00 | 2,152.00 | 15,602.00 | -146,781.02 |
| 2-Sep-15 | | PAGO DE FACTURA 3521 $400,000.00 TIPO CAMBIO 16.8692 | | | | | | | | | | | | 23,711.85 | -123,069.17 |
| 4 sep 15 | XAARD | SLW TLC TAM MAM TAM MAM SLW | 5.50 | 2,500.00 | 13,750.00 | | | 700.00 | 420.00 | | | 14,870.00 | 2,379.20 | 17,249.20 | -140,318.37 |
| 6-7 Sep 15 | XAUPX | SLW CVM REX CVM MAM SLW | 4.00 | 1,900.00 | 7,600.00 | 800.00 | | 1,400.00 | 245.00 | | | 10,045.00 | 1,607.20 | 11,652.20 | -151,970.57 |
| 15-16 Sept | XAMCA | SLW TLC CVM ADN TLC SLW | 5.50 | 2,500.00 | 13,750.00 | 800.00 | | 1,100.00 | | | | 15,950.00 | 2,552.00 | 18,502.00 | -170,472.57 |
| 18-sep-15 | N913SC | SLW TLC MAM SLW | 3.25 | 3,000.00 | 9,750.00 | | | 700.00 | | | | 10,450.00 | 1,672.00 | 12,122.00 | -182,594.57 |
| 17-18 Oct 15 | N913SC | SLW TLC AITY TLC SLW | 5.50 | 3,000.00 | 16,500.00 | 800.00 | | 2,100.00 | | | | 19,400.00 | 3,104.00 | 22,504.00 | -205,098.57 |
| 19-Oct-15 | | PAGO DE FACTURA 3576 16.3959 $200,000.00 TIPO CAMBIO | | | | | | | | | | | | 13,198.17 | -192,900.40 |
| 10-Nov-15 | | PAGO DE FACTURA 3607 16.8788 $100,000.00 TIPO CAMBIO | | | | | | | | | | | | 17,783.05 | -175,117.35 |
| 17-20 Nov 15 | XAI RD | SLW MAM TAM TLC CVM MAM SLW | 5.50 | 2,500.00 | 13,750.00 | 1,600.00 | 2,500.00 | 800.00 | 380.00 | 525.00 | | 19,555.00 | 3,128.80 | 22,683.80 | -197,801.15 |
| 24 Nov 15 | | PAGO DE FACTURA 3635 16.5130 $100,000.00 TIPO CAMBIO | | | | | | | | | | | | 6,056.20 | -191,744.95 |
| 29 NOV 1 Dic15 | XAUPX | SLW TAM REX TAM REX CVM MAM MAM NLD SLW | 8.50 | 1,900.00 | 16,150.00 | 1,600.00 | 9,500.00 | | 1,260.00 | | | 28,510.00 | 4,561.60 | 33,071.60 | -224,816.55 |
| 4- Dic 15 | XAMCA | SLW TLC CVM TLC SLW | 4.50 | 2,500.00 | 11,250.00 | | | | 700.00 | | | 11,950.00 | 1,912.00 | 13,862.00 | -238,678.55 |
| 6 Dic 15 | XAUPX | SLW CVM REX SLW | 2.50 | 1,900.00 | 1,750.00 | | | | 245.00 | | | 4,955.00 | 799.20 | 5,794.20 | -244,472.75 |
| 11 Dic 15 | XARDL | SLW TLC REX SLW | 3.50 | 2,500.00 | 8,750.00 | | | 500.00 | | | | 9,250.00 | 1,480.00 | 10,730.00 | -255,202.75 |
| 12-14 Dic 15 | XAUPX | SLW REX TAM MAM TLC CVM TLC SLW | 8.50 | 1,900.00 | 16,150.00 | 1,600.00 | | 1,500.00 | | 455.00 | | 19,705.00 | 3,152.80 | 22,857.80 | -278,060.55 |
| 14 Dic 15 | XAHAP | RENTA HELICOTPERO TLC-SN REGIS-TLC | 1.00 | 3,500.00 | 3,500.00 | | | 600.00 | 120.00 | | | 4,220.00 | 675.20 | 4,895.20 | -282,955.75 |
| 18 Dic 15 | XAUPX | SLW TLC MAM SLW | 4.00 | 1,900.00 | 7,600.00 | | | 600.00 | | 1,550.00 | | 9,750.00 | 1,560.00 | 11,310.00 | -294,265.75 |
| 22 Dic 15 | XAUPX | SLW MAM CVM MAM SLW | 3.50 | 1,900.00 | 6,650.00 | | | | 350.00 | | | 7,000.00 | 1,120.00 | 8,120.00 | -302,385.75 |

Sin más por el momento quedo en espera de tu respuesta.

Gracias
Maria Rojas
Asistente Dirección / Ventas
E-mail mary.roja@rajet.net

Ra Jet Aeroservicios S.A de C.V.
Carr. Saltillo-Monterrey 13.5 Hangar 30
Aeropuerto Internacional Plan de Guadalupe
Ramos Arizpe, Coahuila México CP 25900
Tel. +(México (844) asistente - resistentes. rent vino

"Este correo electronico es confidencial y/o puede contener informacion privilegiada.
Si usted no es su destinatario o no es alguna persona autorizada por este para recibir sus correos electronicos, NO debera usted utilizar, copiar, revelar, o tomar ninguna accion basada en este correo electronico o cualquier otra informacion incluida en el, favor de notificar al remitente de inmediato mediante el reenvio de este correo electronico y borrar a continuacion totalmente este correo electronico y sus anexos."
Nota: Los acentos y caracteres especiales fueron omitidos intencionalmente para su correcta lectura en cualquier medio electronico.
"This e-mail is confidential and/or may contain privileged information.
If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any other information herein, please advise the sender immediately by reply this e-mail and delete this e-mail and its attachments."

Exhibit A

# THE LAW OFFICE OF C. ANDERSON PARKER

712 MAIN ST., SUITE 1600
HOUSTON, TEXAS  77002

**C. ANDERSON PARKER**                                                                                        TELEPHONE:  (713) 659-7200
ANDY@CAParkerLaw.com                                                                                  FACSIMILE:  (713) 659-7203

September 15, 2017

Luis Carlos Castillo Cervantes
1500 Trinity St
Mission, TX 78572
*Via regular and certified mail*
*Via e-mail to:* lcccrx@gmail.com

Luis Carlos Castillo Cervantes
c/o Homer Gonzalez
4314 S. Conway Ave.
Mission, TX 78572-0034
*Via regular and certified mail*

Re:     Payment of outstanding Rajet Aeroservicios invoices

Mr. Castillo Cervantes,

My firm represents Rajet Aeroservicios S.A. de C.V. ("Rajet"), with whom you contracted for private plane transportation for over 11 years. Rajet provided you invoices for this air transportation as it occurred, and through April of 2015 your account balance had essentially been paid in full. As you know, beginning in April of 2015 you began to accrue an unpaid balance on your account. Rajet first wrote you about this unpaid balance on April 15, 2015. Your office responded that same day: "This week we are very complicated, we will not be able to make a payment. The upcoming week would be a possibility, hopefully you can still provide service to us if it is required, and you can see that we have not stopped paying."

At your requests, Rajet continued providing air transportation services to you, based on your office's multiple promises to pay the amounts incurred. Through the present, you have not disputed the validity of any of the charges you incurred with Rajet.

You continued making only partial payments on your account and therefore your unpaid balance rose to $255,891.70 at the end of 2015 even after a $46,494.05 payment by you on December 30, 2015, as discussed with you in the attached e-mail. You continued incurring significant charges with Rajet and only making partial payments until your account balance finally reached $1,284,994.81 as of your last flight in June of 2016. I have attached here an

Exhibit B

Luis Carlos Castillo Cervantes
September 15, 2017
Page 2

account statement detailing your previously provided invoices, your partial payments and the account balance from March 18, 2015 through June 7, 2016.

Ms. Rojas wrote you again on September 30, 2016, inquiring as to the payment status of that specific $1,284,994.81 outstanding balance. Your office wrote back on October 5, 2016: "We have struggled for months with liquidity and that is why we have not been able to make payments. We are waiting for resources that are owed to us in these first weeks of the month, having something we will send to you."

After Luis Rajet spoke with you regarding the outstanding balance, Ms. Rojas again wrote your office on October 17, 2016: "Per the conversation between Ing. Castillo y Cap. Rayet, he pledged to make a payment tomorrow." Your office responded that they would "check with you" about payment. I am attaching copies of those e-mail correspondences here. Other correspondences between your office and Rajet regarding these invoices are available here:
https://canalesparker-my.sharepoint.com/personal/ckelsey_canalesparker_com/_layouts/15/guestaccess.aspx?folderid=02a64f5e6f36a4f55b4f54ab38a71d300&authkey=AXCnjtHedukFaX4t0ZpzjcQ&expiration=2017-12-13T21%3a07%3a06.000Z

As recently as February 3, 2017, your office still maintained that you would be making good on payment of your account balance.

As you know, and as noted throughout our prior correspondences with you, there are extensive costs associated with private air charters, including fuel and FBO costs, payment of pilots, and the costs of Rajet's aircraft financing and maintenance. Rajet has expended significant out-of-pocket resources to provide the flights detailed in these invoices.

This letter serves to again formally demand payment of your account balance of $1,284,994.81. If we are not able to reach an agreement for a payment schedule by October 7, 2017, my office will be forced to file suit in Texas to obtain a legal judgment against you. As you may know, such a judgment would also require your payment of Rajet's legal fees expended to obtain and collect the judgment, as well as pre and post-judgment interest on your account balance.

Upon obtaining that judgment we would then conduct court-supervised discovery to identify and obtain any assets of yours that might satisfy the judgment.

Luis Carlos Castillo Cervantes
September 15, 2017
Page 3

Please let me know if you have any questions about this matter.

Sincerely,

C. Anderson Parker
The Law Office of C. Anderson Parker

Enclosures:
Castillo Account Statement - March 18, 2015 through June 7, 2016
E-mail correspondences from:
    April 15, 2015
    December 30, 2015
    September 30, 2016/October 5, 2017
    October 17, 2016
    February 3, 2017


cc:

Sr. Luis A. Rayet Díaz
Director General
**Rajet Aeroservicios S.A. de C.V.**
Carr Saltillo-Monterrey k.m. 13.5,
Hangear 39, Aeropuerto Internacional
Plan de Guadalupe, Ramos Arizpe,
Coahuila C.P. 25900
*Via e-mail to*: luisrayet@rajet.net

**ESTADO CUENTA**
**ING. LUISCARLOS CASTILLO  (OPERADORA MISTLI, S.A. DE C.V.)**

| FECHA | AVION | RUTA | TIEMPO | X HORA DLLS | IMPORTE VUELO | PERNOCTA 1a 2a | PERNOCTA 3a y 4a | SERVICIO FBO | TUAS | EXT HORARIO | GASTOS MIGRATORIOS | TOTAL VUELO | IVA, 16% | IMPORTE TOTAL | SALDO DLLS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-21 Mzo 15 | N77PY | SLW MAM TLC CVM MAM CVM MAM SLW | 6.50 | 2,500.00 | 16,250.00 | 2,400.00 | | 700.00 | | | | 19,350.00 | 3,096.00 | 22,446.00 | 22,446.00 |
| 25 Mzo 15 | XBFYL | ADN MAM ADN SLW | 2.75 | 1,200.00 | 3,300.00 | | | | | | | 3,300.00 | 528.00 | 3,828.00 | 26,274.00 |
| 25 Mzo 15 | | PAGO DE FACTURA 2521   $478,572.00 TIPO CAMBIO 14.9524 | | | | | | | | | | | | 30,000.00 | 3,726.00 |
| 26-28 Mzo 15 | N77PY | SLW MAM TLC CVM MAMSLW | 5.25 | 2,500.00 | 13,125.00 | 1,600.00 | | 900.00 | | 1,050.00 | | 16,675.00 | 2,668.00 | 19,343.00 - | 15,617.00 |
| 31 Mzo 01 Abr | XBFYL | SLW ADN MAM ADN SLW | 3.25 | 1,200.00 | 3,900.00 | 800.00 | | | | | | 4,700.00 | 752.00 | 5,452.00 - | 21,069.00 |
| 4-5 Abr 15 | XBFYL | SLW ADN MAM ADN SLW | 3.25 | 1,200.00 | 3,900.00 | 800.00 | | | | | | 4,700.00 | 752.00 | 5,452.00 - | 26,521.00 |
| 9 Abr 15 | | PAGO DE FACTURA 2553   $372,680.100 TIPO CAMBIO 14.9072 | | | | | | | | | | | | 25,000.00 - | 1,521.00 |
| 9-11 Abr 15 | XBFYL | SLW MAM CVM MAM ADN MAM CVM MAM ADN SLW | 9.25 | 1,200.00 | 11,100.00 | 2,400.00 | | | | | | 13,500.00 | 2,160.00 | 15,660.00 - | 17,181.00 |
| 13-14 Abr 15 | XBFYL | SLW MAM NLD CVM NLD MAM SLW | 7.00 | 1,200.00 | 8,400.00 | 800.00 | | | | | | 9,200.00 | 1,472.00 | 10,672.00 - | 27,853.00 |
| 16-18 Abr 15 | XBFYL | SLW MAM CVM MAM ADN MAM ADN SLW | 6.75 | 1,200.00 | 8,100.00 | 1,600.00 | | | | | | 9,700.00 | 1,552.00 | 11,252.00 - | 39,105.00 |
| 20 Abr 15 | | PAGO DE FACTURA 2566   $306,256.00 TIPO CAMBIO 15.3128 | | | | | | | | | | | | 20,000.00 - | 19,105.00 |
| 22-24 Abr 15 | XBFYL | SLW MAM TLC MFE SLW | 7.00 | 1,200.00 | 8,400.00 | 1,600.00 | | 800.00 | | 350.00 | 950.00 | 12,100.00 | 1,936.00 | 14,036.00 - | 33,141.00 |
| 20 Abr 15 | | PAGO DE FACTURA 2603 $304,086 TIPO CAMBIO 15.2043 | | | | | | | | | | | | 20,000.00 - | 13,141.00 |
| 3-may.-15 | XBFYL | SLW MAM SLW | 2.25 | 1,200.00 | 2,700.00 | | | | | 350.00 | | 3,050.00 | 488.00 | 3,538.00 - | 16,679.00 |
| 15-may-15 | | PAGO DE FACTURA 3334 $151,235.00 TIPO CAMBIO 15.12.35 | | | | | | | | | | | | 10,000.00 - | 6,679.00 |
| 15-18 May 15 | XA UPX | SLW TLC MAM CVM MAM TLC SLW | 8.00 | 1,900.00 | 15,200.00 | 1,600.00 | 1,900.00 | 1,600.00 | 210.00 | 350.00 | | 20,860.00 | 3,337.60 | 24,197.60 - | 30,876.60 |
| 22-24 May 15 | XAUPX | SLW SLP MAM ADN MAM TMN CVM SLW | 8.50 | 1,900.00 | 16,150.00 | 1,600.00 | | | | | | 17,750.00 | 2,840.00 | 20,590.00 - | 51,466.60 |
| 23-may.-15 | XAMCA | SLW ADN TLC SLW | 3.00 | 2,500.00 | 7,500.00 | | | 700.00 | | | | 8,200.00 | 1,312.00 | 9,512.00 - | 60,978.60 |
| 26-may-15 | | PAGO DE FACTURA 3360 $457,905.00 TIPO CAMBIO 15.2635 | | | | | | | | | | | | 30,000.00 - | 30,978.60 |
| 26-may.-15 | XAMCA | TLC MAM TLC | 2.50 | 2,500.00 | 6,250.00 | | | 700.00 | | | | 6,950.00 | 1,112.00 | 8,062.00 - | 39,040.60 |
| 27-may.-15 | XALRD | SLW CVM ADN MAM SLW | 3.00 | 2,500.00 | 7,500.00 | | | | 152.00 | | | 7,652.00 | 1,224.32 | 8,876.32 - | 47,916.92 |
| 22-23 May | N913WC | SLW ZCL MFE ZCL SLW | 3.50 | 3,000.00 | 10,500.00 | 1,000.00 | | 350.00 | | | 500.00 | 12,350.00 | 1,976.00 | 14,326.00 - | 62,242.92 |
| 5-jun-15 | | PAGO DE FACTURA 3378 $200,000.00 TIPO CAMBIO 15.5347 | | | | | | | | | | | | 12,874.41 - | 49,368.51 |
| 29 MAY -01 JUN | XALRD | SLW MAM TAM CVM MAM CVM MAM NLD TLC SLW | 8.25 | 2,500.00 | 20,625.00 | 1,600.00 | 2,500.00 | 800.00 | 910.00 | 1050 | | 27,485.00 | 4,397.60 | 31,882.60 - | 81,251.11 |
| 6-7 Jun 15 | XATYW | SLW TLC MAM TLC SLW | 4.75 | 2,500.00 | 11,875.00 | 800.00 | | 700.00 | | | | 13,375.00 | 2,140.00 | 15,515.00 - | 96,766.11 |
| 12-14 Jun 15 | XALRD | SLW MAM CVM MAM ADN | 3.50 | 2,500.00 | 8,750.00 | 1,600.00 | | | 315.00 | 700.00 | | 11,365.00 | 1,818.40 | 13,183.40 - | 109,949.51 |
| 3-4 Ju 15 | N925WC | SLW MAM CVM MAM SLW | 3.50 | 3,000.00 | 10,500.00 | 800.00 | | | | | | 11,300.00 | 1,808.00 | 13,108.00 - | 123,057.51 |
| 16-jul-15 | | PAGO DE FACTURA 3452 $400,000.00 TIPO CAMBIO 15.7470 | | | | | | | | | | | | 25,401.66 - | 97,655.85 |
| 25-jul.-15 | N925WC | SLW MAM PVR SLW | 4.00 | 3,000.00 | 12,000.00 | | | 500.00 | | | | 12,500.00 | 2,000.00 | 14,500.00 - | 112,155.85 |
| 2 Ago15 | N925WC | SLW PVR MAM SLW | 4.00 | 3,000.00 | 12,000.00 | | | 500.00 | | | | 12,500.00 | 2,000.00 | 14,500.00 - | 126,655.85 |
| 4 AGO 15 | | PAGO DE FACTURA 3483 $400,000.00 TIPO CAMBIO 16.1129 | | | | | | | | | | | | 24,824.83 - | 101,831.02 |
| 14 Ago 15 | XATYW | SLW TLC CVM TLC SLW | 4.50 | 2,500.00 | 11,250.00 | | | 1,400.00 | | | | 12,650.00 | 2,024.00 | 14,674.00 - | 116,505.02 |
| 18- Ago 15 | XALRD | SLW TLC CVM TLC SLW | 4.50 | 2,500.00 | 11,250.00 | | | 1,400.00 | | | | 12,650.00 | 2,024.00 | 14,674.00 - | 131,179.02 |
| 23-24 Agos | XAMCA | SLW TLC CVM TLC SLW | 4.50 | 2,500.00 | 11,250.00 | 800.00 | | 1,400.00 | | | | 13,450.00 | 2,152.00 | 15,602.00 - | 146,781.02 |
| 2-sep-15 | | PAGO DE FACTURA 3521 $400,000.00 TIPO CAMBIO 16.8692 | | | | | | | | | | | | 23,711.85 - | 123,069.17 |
| 4-sep.-15 | XAARD | SLW TLC TAM MAM TAM MAM SLW | 5.50 | 2,500.00 | 13,750.00 | | | 700.00 | 420.00 | | | 14,870.00 | 2,379.20 | 17,249.20 - | 140,318.37 |
| 6-7 Sep 15 | XAUPX | SLW CVM REX CVM MAM SLW | 4.00 | 1,900.00 | 7,600.00 | 800.00 | | 1,400.00 | 245.00 | | | 10,045.00 | 1,607.20 | 11,652.20 - | 151,970.57 |
| 15-16 Sept | XAMCA | SLW TLC CVM ADN TLC SLW | 5.50 | 2,500.00 | 13,750.00 | 800.00 | | 1,400.00 | | | | 15,950.00 | 2,552.00 | 18,502.00 - | 170,472.57 |

Exhibit C

| Date | Description | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-sep.-15 | N913SC SLW TLC MAM SLW | 3.25 | 3,000.00 | 9,750.00 | | 700.00 | | | 10,450.00 | 1,672.00 | 12,122.00 - | 182,594.57 |
| 17-18 Oct 15 | N913SC SLW TLC MTY TLC SLW | 5.50 | 3,000.00 | 16,500.00 | 800.00 | 2,100.00 | | | 19,400.00 | 3,104.00 | 22,504.00 - | 205,098.57 |
| 19-oct-15 | PAGO DE FACTURA 3576  16.3959 $200,000.00 TIPO CAMBIO | | | | | | | | | | 12,198.17 - | 192,900.40 |
| 10-nov-15 | PAGO DE FACTURA 3607  16.8700 $300,000.00 TIPO CAMBIO | | | | | | | | | | 17,783.05 - | 175,117.35 |
| 17-20 Nov 15 | XALRD SLW MAM TAM TLC CVM MAM SLW | 5.50 | 2,500.00 | 13,750.00 | 1,600.00 | 2,500.00 | 800.00 | 380.00 | 525.00 | 19,555.00 | 3,128.80 | 22,683.80 - | 197,801.15 |
| 24-nov-15 | PAGO DE FACTURA 3625  16.5120 $100,000.00 TIPO CAMBIO | | | | | | | | | | 6,056.20 - | 191,744.95 |

| Fecha | Código | Ruta | Horas | Tarifa | Subtotal | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Col13 | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Dic 15 | | | | | 16,150.00 | | | | 1,260.00 | | 28,510.00 | 4,561.60 | 33,071.60 | 224,816.55 |
| 4- Dic 15 | XAMCA | SLW TLC CVM TLC SLW | 4.50 | 2,500.00 | 11,250.00 | | | 700.00 | | | 11,950.00 | 1,912.00 | 13,862.00 | 238,678.55 |
| 6 Dic 15 | XAUPX | SLW CVM REX SLW | 2.50 | 1,900.00 | 4,750.00 | | | 245.00 | | | 4,995.00 | 799.20 | 5,794.20 | 244,472.75 |
| 11 Dic 15 | XARDL | SLW TLC REX SLW | 3.50 | 2,500.00 | 8,750.00 | | 500.00 | | | | 9,250.00 | 1,480.00 | 10,730.00 | 255,202.75 |
| 12-14 Dic 15 | XAUPX | SLW REX TAM MAM TLC CVM TLC SLW | 8.50 | 1,900.00 | 16,150.00 | 1,600.00 | 1,500.00 | | | 455.00 | 19,705.00 | 3,152.80 | 22,857.80 | 278,060.55 |
| 14 Dic 15 | XAHAP | RENTA HELICOTPERO TLC- SN REGIS-TLC | 1.00 | 3,500.00 | 3,500.00 | | 600.00 | 120.00 | | | 4,220.00 | 675.20 | 4,895.20 | 282,955.75 |
| 18 Dic 15 | XAUPX | SLW TLC MAM SLW | 4.00 | 1,900.00 | 7,600.00 | | 600.00 | | 1,550.00 | | 9,750.00 | 1,560.00 | 11,310.00 | 294,265.75 |
| 22 Dic 15 | XAUPX | SLW MAM CVM MAM SLW | 3.50 | 1,900.00 | 6,650.00 | | | 350.00 | | | 7,000.00 | 1,120.00 | 8,120.00 | 302,385.75 |
| 30 DIC 15 | | PAGO DE FACTURA 3679 $800,000.00 17.2065 TIPO CAMBIO | | | | | | | | | | | 46,494.05 | 255,891.70 |
| 4-6 Ene 16 | XAUPX | SLW MAM CVM MAM SLW | 3.50 | 1,900.00 | 6,650.00 | 1,600.00 | | 140.00 | 465.00 | | 8,855.00 | 1,416.80 | 10,271.80 | 266,163.50 |
| 10-11 Ene | XARDL | SLW MAM CVM TLC SLW | 4.00 | 2,500.00 | 10,000.00 | 800.00 | 600.00 | 210.00 | 1,050.00 | | 12,660.00 | 2,025.60 | 14,685.60 | 280,849.10 |
| 18-21 Ene 16 | XARDL | SLW TLC MAM CVM MAM CVM TLC SLW | 7.25 | 2,500.00 | 18,125.00 | 1,600.00 | 2,500.00 | 1,200.00 | 315.00 | | 23,740.00 | 3,798.40 | 27,538.40 | 308,387.50 |
| 25 Ene 16 | | PAGO DE FACTURA 3710 $500,000. 0018.4280 TIPO CAMBIO | | | | | | | | | | | 27,132.62 | 281,254.88 |
| 29 Ene 16 | XAMCA | SLW TLC CVM SLW | 3.75 | 2,500.00 | 9,375.00 | | 600.00 | | | | 9,975.00 | 1,596.00 | 11,571.00 | 292,825.88 |
| 29 Ene 16 | XAUPX | SLW TLC CVM | 2.75 | 1,900.00 | 5,225.00 | | 600.00 | | | | 5,825.00 | 932.00 | 6,757.00 | 299,582.88 |
| 31 Ene 4 Feb 16 | N466MM | CVM MAM CVM TLC CVM TLC CVM MAM CVM MAM CVM | 9.50 | 3,000.00 | 28,500.00 | 1,600.00 | 12,000.00 | 1,600.00 | 840.00 | 1,225.00 | 45,765.00 | 7,322.40 | 53,087.40 | 352,670.28 |
| 4 Feb 7 Feb 16 | XAMCA | CVM REX MAM TAM MAM TAM CVM SLW | 5.50 | 2,500.00 | 13,750.00 | 1,600.00 | 2,500.00 | 665.00 | | | 18,515.00 | 2,962.40 | 21,477.40 | 374,147.68 |
| 9-feb-16 | | PAGO DE FACTURA 3726 $200,000. 00 18.4280 TIPO CAMBIO | | | | | | | | | | | 10,697.53 | 363,450.15 |
| 9-feb-16 | | PAGO DE FACTURA 3727 $300,000. 00 18.7818 TIPO CAMBIO | | | | | | | | | | | 15,972.90 | 347,477.25 |
| 8-12 Feb 16 | XARDL | SLW CVM TLC CVM NLD CVM SLW | 5.50 | 2,500.00 | 13,750.00 | 1,600.00 | 5,000.00 | 700.00 | 595.00 | | 21,645.00 | 3,463.20 | 25,108.20 | 372,585.45 |
| 15-19 Feb 16 | XAUPX | SLW MAM CVM TLC CVM TLC CVM REX MAM CVM MAM CVM SLW | 11.50 | 1,900.00 | 21,850.00 | 1,600.00 | 5,700.00 | 1,400.00 | 980.00 | 820.00 | 32,350.00 | 5,176.00 | 37,526.00 | 410,111.45 |
| 21-feb.-16 | XARCL | SLW TLC CVM TLC SLW | 5.25 | 3,000.00 | 15,750.00 | | 700.00 | 280.00 | | | 16,730.00 | 2,676.80 | 19,406.80 | 429,518.25 |
| 22-feb-16 | | PAGO DE FACTURA 3752 $500,000. 00 18.0568 TIPO CAMBIO | | | | | | | | | | | 27,690.39 | 401,827.86 |
| 22-feb.-16 | XA UPX | SLW CVM MAM SLW | 2.75 | 1,900.00 | 5,225.00 | | | 210.00 | | | 5,435.00 | 869.60 | 6,304.60 | 408,132.46 |

| Fecha | Aeronave | Ruta | Hrs | Tarifa | Subtotal | Col1 | Col2 | Col3 | Col4 | Col5 | Total1 | IVA | Total2 | Saldo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-26 Feb 16 | XA UPX | SLW REX NLD TAM CVM TLC CVM SLW | 6.50 | 1,900.00 | 12,350.00 | 1,600.00 | | 600.00 | 700.00 | 820.00 | 16,070.00 | 2,571.20 | 18,641.20 | 426,773.66 |
| 26-feb-16 | | **PAGO DE FACTURA 3763  $300,000. 00  18.1680 TIPO CAMBIO** | | | | | | | | | | | 16,512.55 | 410,261.11 |
| 27-feb.-16 | N913SC | SLW MTY CVM SLW | 2.25 | 3,000.00 | 6,750.00 | | | 600.00 | | | 7,350.00 | 1,176.00 | 8,526.00 | 418,787.11 |
| 28-29 FEB | N466MM | SLW CVM TLC CUN SLW | 6.50 | 3,000.00 | 19,500.00 | 800.00 | | 1,200.00 | | | 21,500.00 | 3,440.00 | 24,940.00 | 443,727.11 |
| 26-feb-16 | | **PAGO DE FACTURA 3793  $1'000,000. 00  17.8561 TIPO CAMBIO** | | | | | | | | | | | 56,003.27 | 387,723.84 |
| 2-3 Mzo 16 | XARCL | SLW CVM TLC CVM MEZQUITE SLW | 5.00 | 3,000.00 | 15,000.00 | 800.00 | | | 210.00 | | 16,010.00 | 2,561.60 | 18,571.60 | 406,295.44 |
| 4-5 Mzo 16 | XARCL | SLW MAM MEZQUIE TLC CVM TLC REX MAM CVM SLW | 8.75 | 3,000.00 | 26,250.00 | 800.00 | | 1,400.00 | 105.00 | 1,640.00 | 30,195.00 | 4,831.20 | 35,026.20 | 441,321.64 |
| 8 Mzo | XAUPX | SLW CVM MAM SLW | 2.50 | 1,900.00 | 4,750.00 | | | | 245.00 | | 4,995.00 | 799.20 | 5,794.20 | 447,115.84 |
| 9-11 Mzo 16 | XALRD | SLW CVM TLC CVM TLC CVM TLC CVM SLW | 8.75 | 2,500.00 | 21,875.00 | 1,600.00 | | 1,800.00 | 280.00 | | 25,555.00 | 4,088.80 | 29,643.80 | 476,759.64 |
| 10- Mzo 16 | N466MM | SLW MAM CVM SLW | 2.25 | 3,000.00 | 6,750.00 | | | | | | 6,750.00 | 1,080.00 | 7,830.00 | 484,589.64 |
| 10-13 Mzo 16 | XAUPX | SLW MAM TAM CVM TAM CVM TAM VER CVM SLW | 9.25 | 1,900.00 | 17,575.00 | 1,600.00 | 1,900.00 | 2,000.00 | 1,540.00 | 615.00 | 25,230.00 | 4,036.80 | 29,266.80 | 513,856.44 |
| 12-13 Mzo | XBFYL | SLW CVM TAM CVM SLW | 4.25 | 1,500.00 | 6,375.00 | 800.00 | | | | | 7,175.00 | 1,148.00 | 8,323.00 | 522,179.44 |
| 14-mar.-16 | XBFYL | SLW CVM NLD CVM SLW | 5.00 | 1,500.00 | 7,500.00 | | | | | 2,460.00 | 9,960.00 | 1,593.60 | 11,553.60 | 533,733.04 |
| 15-mar.-16 | N466MM | SLW CVM MFE SLW | 2.50 | 3,000.00 | 7,500.00 | | | 300.00 | | | 7,800.00 | 1,248.00 | 9,048.00 | 542,781.04 |
| 15 Mzo 16 | | **PAGO DE FACTURA 3805  $300,000. 00  17.7691TIPO CAMBIO** | | | | | | | | | | | 16,883.24 | 525,897.80 |
| 15 Mzo 16 | XAUPX | SLW CVM ADN SLW | 2.25 | 1,900.00 | 4,275.00 | | | | 245.00 | | 4,520.00 | 723.20 | 5,243.20 | 531,141.00 |
| 16-17 Mzo 16 | XAUPX | SLW ADN CVM TLC CVM REX SLW | 5.50 | 1,900.00 | 10,450.00 | 800.00 | | | 490.00 | 410.00 | 12,150.00 | 1,944.00 | 14,094.00 | 545,235.00 |
| 18-22 Mzo | XA UPX | SLW REX CVM MAM CVM TAM MAM CVM MAM CVM SLW | 8.25 | 1,900.00 | 15,675.00 | 1,600.00 | 3,800.00 | | 1,085.00 | 410.00 | 22,570.00 | 3,611.20 | 26,181.20 | 571,416.20 |
| 23-25 Mzo 16 | XARDL | SLW CVM TAM CVM TAM CVM MAM SLW | 5.50 | 2,500.00 | 13,750.00 | 1,600.00 | | 800.00 | 595.00 | 2,460.00 | 19,205.00 | 3,072.80 | 22,277.80 | 593,694.00 |
| 28-31 Mzo 16 | XAUPX | SLW MAM CVM TLC ADN CVM MTY CVM SLW | 8.25 | 1,900.00 | 15,675.00 | 1,600.00 | 1,900.00 | 1,500.00 | 420.00 | | 21,095.00 | 3,375.20 | 24,470.20 | 618,164.20 |
| 30-mar.-16 | XARDL | SLW CVM MAM CVM SLW | 3.25 | 2,500.00 | 8,125.00 | | | | 245.00 | | 8,370.00 | 1,339.20 | 9,709.20 | 627,873.40 |
| 01 Abr 16 | | **PAGO DE FACTURA 3835  $300,000. 00  17.3338 TIPO CAMBIO** | | | | | | | | | | | 17,307.23 | 610,566.17 |
| 2-5 Abr 16 | XBFYL | SLW CVM TAM NLD TAM NLD CVM NLD SLW | 8.00 | 1,500.00 | 12,000.00 | 1,600.00 | 1,500.00 | 700.00 | | 820.00 | 16,620.00 | 2,659.20 | 19,279.20 | 629,845.37 |
| 1-5 abr 16 | XARDL | SLW CVM TLC MTY CVM MTY CVM TAM MAM NLD REX SLW | 9.50 | 2,500.00 | 23,750.00 | 1,600.00 | 5,000.00 | 1,600.00 | 665.00 | 6,150.00 | 38,765.00 | 6,202.40 | 44,967.40 | 674,812.77 |

| Date | Code | Route | Qty | Rate | Amount | Col A | Col B | Col C | Col D | Col E | Subtotal | Tax | Total | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 Abr 16 | XAUPX | SLW REX CVM SLW | 2.50 | 1,900.00 | 4,750.00 | | | | 245.00 | | 4,995.00 | 799.20 | 5,794.20 | 680,606.97 |
| 7 Abr 16 | XBFYL | SLW REX CVM SLW | 3.25 | 1,500.00 | 4,875.00 | | | | | | 4,875.00 | 780.00 | 5,655.00 | 686,261.97 |
| 9-11 Abr 16 | XBFYL | SLW CVM TAM CVM TAM NLD SLW | 6.00 | 1,500.00 | 9,000.00 | 1,600.00 | | | | | 10,600.00 | 1,696.00 | 12,296.00 | 698,557.97 |
| 12-abr.-16 | XAUPX | SLW NLD MAM SLW MAM CVM SLW | 5.50 | 1,900.00 | 10,450.00 | | | | 245.00 | 615.00 | 11,310.00 | 1,809.60 | 13,119.60 | 711,677.57 |
| 12-abr.-16 | XBFYL | SLW CVM MAM CVM MAM SLW | 5.75 | 1,500.00 | 8,625.00 | | | | | | 8,625.00 | 1,380.00 | 10,005.00 | 721,682.57 |
| 14-abr.-16 | XAUPX | SLW MAM GDL SLW | 4.00 | 1,900.00 | 7,600.00 | | | 400.00 | 70.00 | | 8,070.00 | 1,291.20 | 9,361.20 | 731,043.77 |
| 15 Abr 16 | | PAGO DE FACTURA 3866  $500,000. 00  17.3880 TIPO CAMBIO | | | | | | | | | | | 28,755.46 | 702,288.31 |
| 15-abr.-16 | XBFYL | SLW MAM CVM MAM REX CVM SLW | 6.75 | 1,500.00 | 10,125.00 | | | | | 2,870.00 | 12,995.00 | 2,079.20 | 15,074.20 | 717,362.51 |
| 15-16 Abr 16 | XARDL | SLW REX CVM  LMM SLW | 5.00 | 2,500.00 | 12,500.00 | 800.00 | | 400.00 | 70.00 | | 13,770.00 | 2,203.20 | 15,973.20 | 733,335.71 |
| 16-abr.-16 | XAUPX | SLW MAM CVM SLW | 2.50 | 1,900.00 | 4,750.00 | | | | 280.00 | 1,025.00 | 6,055.00 | 968.80 | 7,023.80 | 740,359.51 |
| 16-22 Abr 16 | XBFYL | SLW CVM REX MAM CVM REX CVM TAM MAM CVM SLW | 7.50 | 1,500.00 | 11,250.00 | 1,600.00 | 3,000.00 | | | 1,230.00 | 17,080.00 | 2,732.80 | 19,812.80 | 760,172.31 |
| 17-22 Abr 16 | XAUPX | SLW GDL CVM MAM REX CVM TAM MAM CVM SLW | 8.25 | 1,900.00 | 15,675.00 | 1,600.00 | 1,500.00 | 1,100.00 | 770.00 | 820.00 | 21,465.00 | 3,434.40 | 24,899.40 | 785,071.71 |
| 23-24 Abr | XBFYL | SLW CVM MAM CVM SLW | 4.00 | 1,500.00 | 6,000.00 | | | | | | 6,000.00 | 960.00 | 6,960.00 | 792,031.71 |
| 23-25 Abr | XARDL | SLW CVM TLC CVA CVM TLC CVM SLW | 7.00 | 2,500.00 | 17,500.00 | 1,600.00 | 2,500.00 | 1,900.00 | 175.00 | 1,230.00 | 24,905.00 | 3,984.80 | 28,889.80 | 820,921.51 |
| 25-30 Abr | XBFYL | SLW CVM MAM CVM TAM CVM NLD MAM TAM MAM TAM REX | 13.25 | 1,500.00 | 19,875.00 | 1,600.00 | 6,000.00 | 700.00 | | 1,640.00 | 29,815.00 | 4,770.40 | 34,585.40 | 855,506.91 |
| 28 ABR 16 | | PAGO DE FACTURA 3893  $300,000. 00  17.3993 TIPO CAMBIO | | | | | | | | | | | 17,242.07 | 838,264.84 |
| 26-30Abr 16 | XAUPX | SLW CVM TAM NLD CVM NLD REX NLD MAM CVM MAM TAM REX SLW | 12.25 | 1,900.00 | 23,275.00 | 1,600.00 | 3,800.00 | 700.00 | 1,225.00 | | 30,600.00 | 4,896.00 | 35,496.00 | 873,760.84 |
| 01-07 May | XB FYL | REX CVM TAM REX CVM TAM CVM REX CVM NLD TAM SLW | 13.00 | 1,500.00 | 19,500.00 | 1,600.00 | 6,000.00 | | | | 27,100.00 | 4,336.00 | 31,436.00 | 905,196.84 |
| 8-9 May 16 | XB FYL | SLW MTY TAM MAM SLW | 5.50 | 1,500.00 | 8,250.00 | 800.00 | 1,050.00 | | | | 10,100.00 | 1,616.00 | 11,716.00 | 916,912.84 |
| 3-may.-16 | XAUPX | SLW REX CVM SLW | 2.75 | 1,900.00 | 5,225.00 | | | | 210.00 | | 5,435.00 | 869.60 | 6,304.60 | 923,217.44 |
| 6-9 May | XAUPX | SLW CVM TAM CVM TAM MTY SLW MTY TAM MTY REX SLW | 9.75 | 1,900.00 | 18,525.00 | 1,600.00 | 1,900.00 | | 630.00 | | 22,655.00 | 3,624.80 | 26,279.80 | 949,497.24 |
| 10-16 May 16 | XBFYL | SLW  REX CVM REX CVM TAM CVM MAM CVM REX SLW | 9.50 | 1,500.00 | 14,250.00 | 1,600.00 | 7,500.00 | 350.00 | | 1,230.00 | 24,930.00 | 3,988.80 | 28,918.80 | 978,416.04 |
| 12-may.-16 | N77PY | SLW CVM TLC SLW | 3.75 | 2,500.00 | 9,375.00 | | | 700.00 | | | 10,075.00 | 1,612.00 | 11,687.00 | 990,103.04 |

| Date | Tail | Route | Hours | Rate | Amount | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Subtotal | Tax | Total | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13-may-16 | N913SC | SLW TLC CVM TAM CVM SLW | 5.00 | 3,500.00 | 17,500.00 | 1,050.00 | | | | 1640 | | 20,190.00 | 3,230.40 | 23,420.40 | 1,013,523.44 |
| 15-18 May 16 | XAUPX | SLW CVM REX NLD REX CVM SLW | 5.50 | 1,900.00 | 10,450.00 | 1,600.00 | 1,900.00 | | 770.00 | 1,230.00 | | 15,950.00 | 2,552.00 | 18,502.00 | 1,032,025.44 |
| 19-22 May 16 | XAUPX | SLW CVM TAM SLW TAM MAM CVM TAM MAM SLW | 8.75 | 1,900.00 | 16,625.00 | 1,600.00 | 1,900.00 | 1,050.00 | 385.00 | | | 21,560.00 | 3,449.60 | 25,009.60 | 1,057,035.04 |
| 19-may-16 | N913SC | SLW CVM BRO AUS SLW | 4.25 | 3,500.00 | 14,875.00 | | | 700.00 | | | 500.00 | 16,075.00 | 2,572.00 | 18,647.00 | 1,075,682.04 |
| 19-22 May 16 | XBFYL | SLW MTY CVM TAM CVM TAM MAM TAM REX CVM SLW | 9.25 | 1,500.00 | 13,875.00 | 1,600.00 | 1,500.00 | 1,050.00 | | | | 18,025.00 | 2,884.00 | 20,909.00 | 1,096,591.04 |
| 23-may-16 | | PAGO DE FACTURA 3940  $500,000. 00  18.3826 TIPO CAMBIO | | | | | | | | | | | | 27,199.63 | 1,069,391.41 |
| 24-27 May 16 | XACTL | SLW CVM SLP CVM REX NLD TLC NLD MAM SLW | 9.25 | 2,500.00 | 23,125.00 | 1,600.00 | 2,500.00 | 700.00 | 630.00 | 1,230.00 | | 29,785.00 | 4,765.60 | 34,550.60 | 1,103,942.01 |
| 24-31 May 16 | XAUPX | SLW CVM TAM REX CVM TLC CVM NLD MAM TAM CVM TLC CVM TAM NLD CVM | 18.75 | 1,900.00 | 35,625.00 | 1,600.00 | 11,400.00 | 2,600.00 | 1,890.00 | 4,100.00 | | 57,215.00 | 9,154.40 | 66,369.40 | 1,170,311.41 |
| 25-may-16 | Helic | TLC STREGIS TLC | | | | | | | | | | 5,700.00 | 912.00 | 6,612.00 | 1,176,923.41 |
| 24-31 May 16 | XBFYL | SLW CVM TAM REX CVM NLD MAM CVM MAM TAM MAM TAM NLD CVM | 16.25 | 1,500.00 | 24,375.00 | 1,600.00 | 9,000.00 | 1,200.00 | | 1,640.00 | | 37,815.00 | 6,050.40 | 43,865.40 | 1,220,788.81 |
| 1-2 Jun 16 | XAUPX | CVM REX CVM SLW | 2.75 | 1,900.00 | 5,225.00 | | 3,800.00 | | 175.00 | | | 9,200.00 | 1,472.00 | 10,672.00 | 1,231,460.81 |
| 1-5 Jun 16 | XB FYL | CVM REX CVM REX CVM MAM CVM | 6.00 | 1,500.00 | 9,000.00 | | 7,500.00 | | 175.00 | | | 16,675.00 | 2,668.00 | 19,343.00 | 1,250,803.81 |
| 4-5 Jun 16 | XAUPX | SLW CVM MAM CVM SLW | 3.75 | 1,900.00 | 7,125.00 | 800.00 | | | 175.00 | | | 8,100.00 | 1,296.00 | 9,396.00 | 1,260,199.81 |
| 7-jun-16 | N77PY | SLW CVM TLC SLW | 3.75 | 2,500.00 | 9,375.00 | | | 700.00 | | | | 10,075.00 | 1,612.00 | 11,687.00 | 1,271,886.81 |
| 6-7 Jun 16 | XBFYL | CVM TAM CVM MAM SLW | 4.00 | 1,500.00 | 6,000.00 | | 4,800.00 | 500.00 | | | | 11,300.00 | 1,808.00 | 13,108.00 | 1,284,994.81 |

Sin más por el momento quedo a tus ordenes

Saludos

**Maria Rojas**
Asistente Dirección/Ventas
E-mail mary.rojas@rajet.net

Ra Jet Aeroservicios S.A de C.V
Carrt. Saltillo-Monterrey   13.5 Hangar 39
Aeropuerto Internacional Plan de Guadalupe
Ramos Arizpe, Coahuila. Mexico. CP. 25900
Tel. Oficina. (844) 4880863 / 4880864 /
Cel. 844 160 4663
www.rajet.net