# EXHIBIT "A"

**marcus@bsmlawyers.com**

**From:** Andy Parker <andy@CAParkerLaw.com>
**Sent:** Thursday, December 21, 2017 4:12 PM
**To:** Marcus@bsmlawyers.com
**Cc:** Belinda Gaddis
**Subject:** RE: Rajet Aeroservicios invoices

Marcus,
I apologize for the delay in getting back to you, I've been tied up with a few trials and the holiday season.

The below link contains my client's records for the flights we last discussed:
https://canalesparker-my.sharepoint.com/personal/ckelsey_canalesparker_com/_layouts/15/guestaccess.aspx?folderid=00b01b3e98b374a69a527d95966740dfd&authkey=AUqeOrSwLPLDUInHYM5xCBQ&expiration=2018-03-21T20%3A50%3A45.000Z&e=0c8eee41d229499786f5da9e6d371c17

Those flight records correspond with the invoices and amounts provided to Mr. Castillo Cervantes at the time and discussed with Mr. Castillo Cervantes office in the e-mail communications I earlier provided here:
https://canalesparker-my.sharepoint.com/personal/ckelsey_canalesparker_com/_layouts/15/guestaccess.aspx?folderid=02a64f5e6f36a4f55b4f54ab38a71d300&authkey=AXCnjtHedukFaX4t0ZpzjcQ&expiration=2018-03-21T20%3A14%3A36.000Z&e=7d7016a79c5b459c95fdf2e202c1bef2

As you may know, Mr. Castillo Cervantes arranged for Rajet Aeroservicios to provide air transportation for Mr. Baltazar Hinojosa Ochoa's campaign for governor of Tamaulipas in 2015-2016. While full passenger manifests are required for flights between Mexico and the United States, they are not required or created by Rajet Aeroservicios for flights within Mexico. I mistakenly described Rajet Aeroservicios' domestic flight records as "passenger manifests" in our last discussion.

Please let me know if you have any questions or would like to discuss these charges further. I will plan to touch base with you the end of the first week of January.
Best regards and happy holidays,
Andy

**The Law Office of C. Anderson Parker**
712 Main St. ~ Suite 1600
Houston, Texas 77002
T: 713-659-7200
D: 832-325-9368
M: 832-693-8737
Andy@CAParkerLaw.com

---

**From:** Andy Parker
**Sent:** Thursday, October 12, 2017 2:56 PM
**To:** 'Marcus@bsmlawyers.com' <Marcus@bsmlawyers.com>
**Cc:** Belinda Garza Gaddis (bgaddis@CAParkerlaw.com) <bgaddis@CAParkerlaw.com>
**Subject:** Rajet Aeroservicios invoices

Marcus,

1

Thanks for talking with me today about this matter.  Per our discussion, below please find a shared folder containing correspondences between the parties regarding the requested flights and invoices:
https://canalesparker-my.sharepoint.com/personal/ckelsey_canalesparker_com/_layouts/15/guestaccess.aspx?folderid=02a64f5e6f36a4f55b4f54ab38a71d300&authkey=AXCnjtHedukFaX4t0ZpzjcQ&expiration=2017-12-13T21%3a07%3a06.000Z

My client will be sending the relevant corresponding passenger manifests for your and your clients' review.
Best regards,
Andy

**The Law Office of C. Anderson Parker**
712 Main St. ~ Suite 1600
Houston, Texas 77002
T: 713-659-7200
D: 832-325-9368
M: 832-693-8737
Andy@CAParkerLaw.com

2