

**BARRERA**
**SANCHEZ**
**ASSOCIATES, P.C.**
**Attorneys at Law**

MARCUS C. BARRERA
EDWARD P. SANCHEZ
www.bsmlawyers.com

10113 N. 10TH STREET, STE. A
McALLEN, TX 78504
TEL: (956) 287-7555
FAX: (956) 287-7711

June 9, 2020

**VIA EFILE**
United States District Court
Houston Division
515 Rusk St.
Houston, Texas 77002

      RE:    Case No. 4:18-CV-4441; Rajet Aeroservicios, S.A. DE C. V., vs. Luis Carlos
              Castillo Cervantes.

Dear Clerk,

      In accordance with Local Rules, please let this correspondence serve as notification of my
out of town vacation from June 11, 2020 to June 16, 2020.  I respectfully request that no hearings
be set during this time as I will be unable to attend.

      By copy of this letter, I am advising all counsel of record of my vacation schedule and ask
that they provide me the courtesy of not scheduling trial, hearings, discovery, depositions or any
other hearings during these dates.

      Thank you for your courtesies.  If you have any questions, please do not hesitate to call
our office.

            Regards,

            BARRERA, SANCHEZ & ASSOCIATES, P.C.

            By:___/s/___Marcus C. Barrera_____
                Marcus C. Barrera

:mk

xc:    C. Anderson Parker      **Via eFiling Service**