IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAJET AEROSERVICIOS S.A., DE C.V. | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | Case No. 4:18-CV-4441 |
| | § | |
| LUIS CARLOS CASTILLO CERVANTES | § | |
|     Defendant | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO QUASH AND FOR PROTECTIVE ORDER REGARDING THE DEPOSITIONS OF LUIS CARLOS CASTILLO CERVANTES AND ALEJANDRO TORRES GARZA

Having considered the Defendant's Motion to Quash and for Protective Order Regarding the Depositions of Luis Carlos Castillo Cervantes and Alejandro Torres Garza [Doc. 30], that Motion is hereby **GRANTED**.

THEREFORE, IT IS HEREBY ORDERED that the depositions of Luis Carlos Castillo Cervantes and Alejandro Torres Garza are hereby QUASHED.

Signed this _____ day of _____, 2020, at Houston, Texas.

_____
JUDGE PRESIDING


xc:    Marcus C. Barrera
       Barrera, Sanchez & Associates, PC
       10113 N. 10th St., Suite A
       McAllen, Texas 78504
       marcus@bsmlawyers.com and melissa@bsmlawyers.com

       Andres Sanchez
       C. Anderson Parker
       Parker & Sanchez, PLLC
       712 Main Street, Suite 1600
       Houston, Texas 77002
       andy@parkersanchez.us