IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAJET AEROSERVICIOS S.A., DE C.V.<br>      Plaintiff | § § § | |
| VS. | § § | Case No. 4:18-CV-4441 |
| LUIS CARLOS CASTILLO CERVANTES<br>      Defendant | § § § | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties will file an Agreed Judgment.

Dated: September 17, 2020

Respectfully Submitted,

BARRERA, SANCHEZ & ASSOCIATES, P.C.
10113 N. 10th St., Suite A
McAllen, Texas 78504
(956) 287-7555
(956) 287-7711 - fax
marcus@bsmlawyers.com and
melissa@bsmlawyers.com and
aaron@bsmlawyers.com

BY:      /s/ Marcus C. Barrera
            Marcus C. Barrera
            State Bar No. 00790271
            Federal ID No. 18209
ATTORNEY FOR DEFENDANT
LUIS CARLOS CASTILLO CERVANTES

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was forwarded on this 17 day of September 2020, to the following counsel:

C. Anderson Parker
Parker & Sanchez, PLLC
712 Main Street, Suite 1600
Houston, Texas 77002
andy@parkersanchez.us

/s/   Marcus C. Barrera
Marcus C. Barrera