Case 4:18-cv-04441 Document 44 Filed on 10/02/20 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 02, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAJET AEROSERVICIOS S.A. DE C.V., §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>§<br>LUIS CARLOS CASTILLO CERVANTES, §<br>*Defendant.* §<br>§ | Case No.: 4:18-CV-4441 |

## AGREED JUDGMENT

BE IT REMEMBERED that on this day, the Court was presented this Agreed Judgment of the parties in the above-styled and numbered cause. The Agreed Judgment was reached by agreement as reflected by the signature of Plaintiff's attorney and Defendant's attorney. Based upon the representations of the parties, the Court finds that Plaintiff, RAJET AEROSERVICIOS S.A. DE C.V. and Defendant, LUIS CARLOS CASTILLO CERVANTES, have entered into a settlement agreement. The Court finds that this Agreed Judgment has been submitted by agreement and that such agreement is reflected by the signatures below. Accordingly, it is, therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiff, RAJET AEROSERVICIOS S.A. DE C.V., is entitled to judgment against Defendant, LUIS CARLOS CASTILLO CERVANTES. It is further, ORDERED, ADJUDGED AND DECREED that Plaintiff, RAJET AEROSERVICIOS S.A. DE C.V., have and recover judgment of, from, and against Defendant, LUIS CARLOS CASTILLO CERVANTES, for the sum of $1,200,000.00 for Plaintiff's actual damages, attorneys' fees and pre-judgment interest.

It is further, ORDERED, ADJUDGED AND DECREED that Plaintiff, RAJET AEROSERVICIOS S.A. DE C.V. have and recover judgment of, from, and against Defendant, LUIS CARLOS CASTILLO CERVANTES, post-judgment interest at the rate of five percent (5%) per annum on the judgment amount. It is further,

ORDERED, ADJUDGED AND DECREED that all costs of court are hereby taxed against the party incurring the same.

The parties are allowed such writs and processes as may be necessary in the collection or enforcement of this judgment. This court retains jurisdiction to enforce this judgment and any ancillary settlement agreements. This judgment may not be appealed or collaterally attacked or challenged in any way. All relief not specifically granted herein as to Plaintiff, RAJET AEROSERVICIOS S.A. DE C.V., and Defendant, LUIS CARLOS CASTILLO CERVANTES is hereby denied.

SIGNED this 2nd day of October, 2020.

Kenneth M. Hoyt
United States District Judge

AGREED AS TO FORM:

| | |
|---|---|
| Parker & Sanchez LLC | Barrera Sanchez & Associates, P.C. |
| By: /s/ C. Anderson Parker | By: |
| C. Anderson Parker | Marcus C. Barrera |
| State Bar No. 24046584 | State Bar No. 00790271 |
| 700 Louisiana St. Ste. 2700 | 10113 N 10th Street, Suite A |
| Houston, Texas 77002 | McAllen, Texas 78504 |
| (713) 659-7200 – Phone | 956-287-7555 – Phone |
| (713) 659-7203 – Fax | 956-287-7711 – Fax |
| Andy@ParkerSanchez.com | marcus@bsmlawyers.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| RAJET AEROSERVICIOS S.A. DE C.V. | LUIS CARLOS CASTILLO CERVANTES |